# SEARCH WARRANT

Commonwealth of Virginia      VA. CODE §§ 19.2-56, 19.2-57

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth to forthwith search the following place, person or thing:
Natural Bridge Zoo, 5784, 5746, 5742, 5826 S. Lee Highway, Natural Bridge, Virginia, 24578-3545, located in the County of Rockbridge. County Geographic Information System parcel ID 106-12-3, 106-12-3C, 106-12-X, 106-11-4, and 106-11-5. The 4 adjoining addresses (5 parcels) are encapsulated by Rices Hill Lane, S. Dry Well Road, and S. Lee Hwy, known as "Natural Bridge Zoo." See Attachment.

_____ for the following property, objects and/or persons:
Any and all records related to any animals, including but not limited to disposition records, purchase and/or sale records, transfer records, acquisition records, and/or import permits; USDA records; inventories; United States Fish and Wildlife records; Department of Wildlife Resources records; any and all medical records, invoices, tax records, See Attachment.

[✓] This SEARCH WARRANT authorizes a search of a place of abode which may be executed by initial entry of the abode
  [ ] only in the daytime hours between 8:00 a.m. and 5:00 p.m., unless prior to the issuance of this SEARCH WARRANT, law-enforcement officers lawfully entered and secured the place to be searched and remained at such place continuously OR
  [✓] at any time for good cause shown.

As this SEARCH WARRANT authorizes a search of a place of abode, you are required to be recognizable and identifiable as a uniformed law-enforcement officer and to provide audible notice of your authority and purpose reasonably designed to be heard by the occupants of the place to be searched prior to the execution of this SEARCH WARRANT.

You are further commanded to seize said property, persons, and/or objects if they be found and to produce before the __Rockbridge_____ Circuit Court an inventory of all property, persons, and/or objects seized.

This SEARCH WARRANT is issued in relation to [✓] an offense substantially described as follows:
[ ] a person to be arrested for whom a warrant or process for arrest has been issued identified as follows:
3.2-6503 Care of companion animal by owner; 3.2-6503.1 Care of agricultural animal by owner; 3.2-6570 Cruelty to animals

I, the undersigned, have found probable cause to believe that the property or person constitutes evidence of the crime identified herein or tends to show that the person(s) named or described herein has committed or is committing a crime, or that the person to be arrested for whom a warrant or process for arrest has been issued is located at the place to be searched, and further that the search should be made, based on the statements in the attached affidavit sworn to by Sgt. C. M. Boczar

__12/4/2023 11:35 a.m.___      NAME OF AFFIANT
DATE AND TIME                        _Paul W. C____
FORM DC-339 (MASTER, PAGE ONE OF TWO) 03/21      [ ] CLERK  [ ] MAGISTRATE  [✓] JUDGE

---

**FILE NO.**

992-23

139-23

**SEARCH WARRANT**

**COMMONWEALTH OF VIRGINIA**

v./In re

Natural Bridge Zoo

FILED ROCKBRIDGE COUNTY CIRCUIT COURT
2023 DEC -8 A 10:17
Jennifer Ryan Mutispaugh
CLERK/DEP. CLERK

IN TESTIMONY that the foregoing is a true copy taken from the records of this court, I hereby set my hand and affix the SEAL of this Court.
This _8th_ day of _December_, 20_23_

Michelle M. Trout, Clerk
Circuit Court of Rockbridge County, Virginia
by:
Jennifer Ryan Mutispaugh
Clerk/Deputy Clerk

## SEARCH INVENTORY AND RETURN

The following items, and no others, were seized under authority of this WARRANT:

1. SEE ATTACHMENT
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.

The statement above is true and accurate to the best of my knowledge and belief.

12/08/23
DATE

S.A G R SPENCER
EXECUTING OFFICER

Subscribed and sworn before me this day

12/8/2023
DATE

Jennifer Lynn Mutersbaugh, D.C.
[ ] CLERK  [ ] MAGISTRATE  [ ] JUDGE

### FOR NOTARY PUBLIC'S USE ONLY:

State of .................................................. [ ] City  [ ] County of ..................................................

Acknowledged, subscribed and sworn to before me this ............ day of ........................................, 20 ...........

..................................................
NOTARY REGISTRATION NUMBER

..................................................
NOTARY PUBLIC
(My commission expires: ..................................................)

### EXECUTION

Executed by searching the within described place, person or thing.

12/06/23     0703 HRS
DATE AND TIME EXECUTED

S.A G R SPENCER
EXECUTING OFFICER

Certified to   Rockbridge
Circuit Court on   12/8/2023
DATE

S.A G R SPENCER
EXECUTING OFFICER

Received [X] in person  [ ] by certified mail
         [ ] by electronically transmitted facsimile

on   12/8/2023
DATE

by: Jennifer Lynn Mutersbaugh, D.C.
CLERK OF CIRCUIT COURT

FORM DC-339 (MASTER, PAGE TWO OF TWO) 01/09

Search Warrant **FILE NO. 992-23**

TO ANY AUTHORIZED OFFICER: You are hereby commanded in the name of the Commonwealth to forthwith search the following place, person or thing:

Continued.

All parcels are zoned commercially or as "vacant lot" and are owned by Natural Bridge Zoo, LLC., Karl E. Mogensen, and/or Pamela Mogensen. Natural Bridge Zoo's, State Corporation Commission registered agent is Deborah L. Mogensen. The entrance of Natural Bridge Zoo is a tan building with a green roof. It is two stories on one side and a single story on the other. The property is clearly marked with a sign that reads "Natural Bridge Zoo," "Main Entrance," with its hours of operation. To the right of the parking area and entrance is a large statue of an elephant standing on its hind legs. The parcels combined are approximately 19 acres. The parcels are comprised of multiple habitats, walkways/paths, breeding area, gift shop, restrooms, picnic area, storage areas/structures, and other business/zoo use areas. Karl and Debbie Mogensen are the owners and operators of Natural Bridge Zoo. The Mogensen's reside on the property in a residence located at 5746 S. Lee Highway, Natural Bridge, VA. This residence is located within the confines of the zoo. The residence is a single story structure with a basement, there are 3 skylights in the roof area that faces S. Lee Highway. The residence is located at the employee entrance to the park just behind the gate located between the parking lot and the "restricted area" of the zoo. The residence stores animal food and what appears to be the office where paperwork is kept for the zoo business and breeding operation.

for the following property, objects and/or persons:

Continued.

business registration documents, records of donations (of animals) made or received, animal care records, veterinary records, animal feed records, Certificates of Veterinary Inspection, transportation records, sales receipts, daily visitor logs, and communications or documents about the care of and handling of any animal. The contents of any vehicles that may be used to transport or house any animal(s). All alive, dead, and unborn animals. All digital storage device including but not limited to cameras, computers, external hard drives, and cellular telephones and the examination of their contents.

Attachment:

1. 12 WHITE FACED CAPUCHIN
2. 4 BROWN FACED CAPUCHIN
3. 2 RED RUFFED LEMUR
4. 3 BLACK & WHITE RUFFED LEMUR
5. 6 COTTON TOP TAMARIN
6. 2 GIBBON
7. 2 SACRED IBIS
8. 3 GROUND HORNBILL'S
9. 1 KOOKABURRA
10. 15 MACAWS
11. 4 AMAZON PARROT
12. 2 PINK GRAY COCKATOO
13. 1 SULFER CRESTED COCATOO
14. 1 SERVAL
15. 2 BURMESE PYTHON
16. 2 BALL PYTHON
17. 5 RED-EARED SLIDER
18. 1 PAINTED TURTLE
19. 1 SKINK
20. 14 TORTOISE
21. 1 MINI DONKEY
22. 1 DONKEY
23. 1 SHEEP
24. 2 LLAMA
25. DOG (KUVASZ TYPE)
26. 1 EUTHANIZED WHITE BENGAL TIGER
27. 7 DECEASED SERVAL
28. 1 DECEASED DOG KUVASZ TYPE
29. 1 GIRAFFE CAPE (SKIN)
30. 1 DECEASED LLAMA
31. 5 DECEASED CRANE
32. 1 DECEASED DE BRAZZA'S
33. 1 DECEASED ALLIGATOR
34. LEGS OF ZEBRA
35. 1 DECEASED RED RUFFED LEMUR
36. 1 GIRAFFE HEAD
37. 1 DECEASED GUENON
38. 1 DECEASED MANDRILL
39. 1 DECEASED GREY CROWNED CRANE
40. 2 DECEASED GROUND HORNBILLS
41. 1 DECEASED WHITE FACED CAPUCHIN
42. 1 DECEASED GREEN WINGED MACAW
43. 1 DECEASED SITATUNGA

Attachment:

44. 1 MANDRILL HEAD
45. 1 BONGO PELT
46. 1 DECEASED GIBBON 2 GIRAFFE TAILS
47. 1 ZEBRA PELT
48. 1 DECEASED BURMESE PYTHON
49. 3 GIRAFFE LEGS
50. 5 BAGGIES FROZEN GIRAFFE FECES
51. 3 SPECIMEN JARS LABALED "ASHA"
52. DVR's
53. computers
54. documents
55. cell phones and digital data
56. log books

Addendum to Inventory for Search Warrant File No. 992-23, Executed 12/6/23 at 0703 hours

- 6 Ring Tailed Lemurs

S.A G R SPENCER        12/08/23    1621Hes

IN TESTIMONY that the foregoing is a true copy taken from the records of this court, I hereby set my hand and affix the SEAL of this Court.
This 8th day of December, 20 23

Michelle M. Trout, Clerk
Circuit Court of Rockbridge County, Virginia
by:
Jennifer Lynn Motersbaugh
Clerk/Deputy Clerk

FILED
ROCKBRIDGE COUNTY
CIRCUIT COURT
2023 DEC -8 P 4: 21
Jennifer Lynn Motersbaugh
CLERK/DEP CLERK