IN THE GENERAL DISTRICT COURT OF LEXINGTON/ROCKBRIDGE COUNTY

COUNTY OF ROCKBRIDGE,

      Petitioner

RECEIVED
DEC 08 2023
LEX/ROCKBRIDGE
DIST. COURT

v.

In Re: ~~1 Elephant~~
   4 ~~Animal~~ Giraffes (3 female + 1 male)

### NOTICE

TO: Karl and Debbie Mogensen
5784 S. Lee Highway
Natural Bridge, Virginia 24578

**PLEASE TAKE NOTICE** that your __4__ Giraffes ~~animals and 1 elephant~~ have not been impounded but there will be a hearing for seizure to determine whether the animal(s) have been subject to cruel treatment or neglect, pursuant to **Section 3.2-65769, and 3.2-6570** of the Code of Virginia, 1950, as amended.

A hearing will be conducted in ROCKBRIDGE COUNTY GENERAL DISTRICT COURT, pursuant to Code *Section 3.2-6569*, on December ~~15~~ 20, 2023, to determine the disposition of said animals.

Notice served on the __8th__ day of December, 2023, within the County of Rockbridge, State of Virginia, by delivering a true copy of the Notice in writing to the above-named owners/custodians, by personal service of process __X__; by substituted service of process in the following manner _____; or by posted service of process _____.

By __C. M Boczar__
Sgt. Christine Boczar
Powhatan Sheriff's Office

IN THE GENERAL DISTRICT COURT OF LEXINGTON/ROCKBRIDGE COUNTY

COUNTY OF ROCKBRIDGE,

        Petitioner

v.

In Re: ~~1 Elephant~~ 4 Animal (Giraffes- 3 females + 1 male)

TO:  Karl and Debbie Mogensen
      5784 S. Lee Highway
      Natural Bridge, Virginia 24578

### PETITION PURSUANT TO VIRGINIA CODE § 3.2-6569

COMES NOW, Deputy Christine Boczar of Powhatan Sheriff's Office, Chief of Animal Control Department, Virginia, pursuant to § 3.2-6569 of the Code of Virginia, 1950, as amended, and respectfully represents as follows:

That Karl and Debbie Mogensen are the owners/custodians of __4__ Animals Giraffes, (3 females + 1 male) and one elephant. That the ~~Elephant and~~ 4 Giraffes have been abandoned, cruelly treated or neglected.

WHEREFORE, your Petitioner, County of Rockbridge, respectfully prays that such a hearing be held on December ~~15~~ 20, 2023 at 9:00 a.m. and, if this Court finds the owner has abandoned, cruelly treated or neglected the animals and the elephant, grant ownership of all to

4

the County of Rockbridge.

Respectfully Submitted,

COMMOWEALTH'S ATTORNEY

By: *Michelle Welch*
Michelle Welch,
Attorney for the Commonwealth

MICHELLE WELCH
Special Prosecutor for Rockbridge
Commonwealth's Attorney's Office
Senior Assistant Attorney General
Director of the Animal Law Unit
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
Telephone: (804) 225-4776
Facsimile: (804) 786-2650
VSB: 44647

SERVICE:

☒ Personal Service

_ Being unable to make personnel service, a copy was delivered in the following manner.

_ Delivered to a family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient to party named above.

_____

_____

_ Posted on front door or such other door as appears to the main entrance of usual place of abode. (other authorized recipient not found.)

_ Served on Secretary of the Commonwealth.

_ Not Found

12-8-23                                      C. M Bean

Date                                         Serving Officer

Courts Disposition

☐ GRANTED        Date:_____

☐ NOT GRANTED    Date:_____

_____
Judge, General District Court
Rockbridge County, Virginia

Authentication of Record
Lexington-Rockbridge General District Court:
I, the undersigned clerk or deputy clerk of the above-named courts, authenticate pursuant to VA Code 3.01-631 (C) et seq. and that the document to which this authentication is affixed is a true copy of a record in the above-named court, made in the performance of my official duties.

12-8-23    Sherry Wright
Date       Clerk/Deputy Clerk

6