**Species:** _Reeve's Muntjac (18)_          **Date:** _12-6-23_

# ACTION PLAN:
# NATURAL BRIDGE ZOO
# 5784 S Lee Hwy, Natural Bridge, VA 24578

After examining the above-named species of animal kept at Natural Bridge Zoo, I have determined that at least some of the individuals are not currently receiving adequate care and the following actions must be taken and maintained to bring their condition to an acceptable level. Whenever a time frame is referenced, it is calculated by counting calendar days from the date written above.

1. The following animals must be examined by a licensed veterinarian with experience in the species within two days. The veterinarian should provide the custodian with a written treatment plan to address any health concerns. The custodian must follow all recommendations in that plan and schedule follow-up visits as needed.

   a. _Check for parasites_
   b. _Make sure receiving adequate nutrition — 1 thin_
   c. _____
   d. _____
   e. _____

2. The custodian shall ensure that clean, fresh, potable water is available in sufficient volume, a drinkable temperature, and accessible to all animals at suitable intervals to maintain normal hydration for the age, species, condition, size, and type of the animals. Specifically, within one day, the custodian must:

   _____
   _____
   _____
   _____
   _____

3. The custodian shall ensure that all animals are given access to clean food appropriate for their species, age, and condition, provided in sufficient quantity and at suitable intervals to maintain each animal in good health. Specifically, within one day, the custodian must:

**Species:** _Reeve's Muntjac_          **Date:** _12-6-23_

_Competition for food may be an issue causing_
_thin body condition. Make sure no competition._

4. The custodian shall provide all animals with access to clean, safe shelter suitable for their species, age, condition, size, and type that also protects each animal from rain, sleet, snow, hail, direct sunlight, impairment of health, and the adverse effects of heat or cold. The shelter must be properly shaded and not readily conduct heat. It must have a windbreak at its entrance and bedding sufficient to protect the animal from cold and promote retention of body heat. Specifically, within seven days, the custodian must:

_Needs proper enrichment_

5. The custodian must ensure that each animal has sufficient space in its enclosure to allow it to easily stand, sit, lie, turn about, and make all other normal body movements. If the animal is tethered, the tether must permit the above actions and be attached to the animal in a way that protects the animal from injury. The space must allow each animal to interact safely with other animals in the enclosure. Specifically, within three days, the custodian must:

**Species:** Reeve's Muntjac                    **Date:** 12/6/23

6. The custodian must provide each animal with the opportunity for the animal to move sufficiently to maintain normal muscle tone and mass for the age, species, size, and condition of the animal. Specifically, within three days, the custodian must:

_____

_____

_____

_____

_____

7. The custodian must, in general, practice good animal husbandry in the handling, production, management, confinement, protection, transportation, and treatment of each animal in a manner that is appropriate for the age, species, condition, size, and type of the animal. Specifically, within one day, the custodian must:

_____

_____

_____

_____

_____

This action plan has been provided to the primary custodian for these animals. Failure to follow this plan or any written plan provided by a veterinarian utilized by the custodian should be viewed as a willful act. Animal Control Officers should closely monitor Natural Bridge Zoo to ensure compliance with these requirements and the custodian is hereby notified that further action may be taken against him if these improvements are not made promptly.

Recommending Expert/Veterinarian

Samantha Moffitt

Name:
Title: Veterinarian

3

**Species:** _____                    **Date:** _____

Primary Custodian(s)

_____
Name:
Title:

_____
Name:
Title:

**Species:** _Goats / White Sheep (TS)_
"Petting barn"

**Date:** _12-6-23_

# ACTION PLAN:
# NATURAL BRIDGE ZOO
## 5784 S Lee Hwy, Natural Bridge, VA 24578

After examining the above-named species of animal kept at Natural Bridge Zoo, I have determined that at least some of the individuals are not currently receiving adequate care and the following actions must be taken and maintained to bring their condition to an acceptable level. Whenever a time frame is referenced, it is calculated by counting calendar days from the date written above.

1.  The following animals must be examined by a licensed veterinarian with experience in the species within two days. The veterinarian should provide the custodian with a written treatment plan to address any health concerns. The custodian must follow all recommendations in that plan and schedule follow-up visits as needed.

    a. _recommend checking for conjunctivitis_
    b. _recommend checking for upper respiratory infections_
    c. _Sheep→ Left horn abnormal growing & turning downwards causing pain needs to be removed_
    d. _hoof care on all_
    e. _Parasite check_

2.  The custodian shall ensure that clean, fresh, potable water is available in sufficient volume, a drinkable temperature, and accessible to all animals at suitable intervals to maintain normal hydration for the age, species, condition, size, and type of the animals. Specifically, within one day, the custodian must:

3.  The custodian shall ensure that all animals are given access to clean food appropriate for their species, age, and condition, provided in sufficient quantity and at suitable intervals to maintain each animal in good health. Specifically, within one day, the custodian must:

1

**Species:** Sheep / Goat (15)    **Date:** 12/6/23

Petting Zoo

need adequate nutrition

4. The custodian shall provide all animals with access to clean, safe shelter suitable for their species, age, condition, size, and type that also protects each animal from rain, sleet, snow, hail, direct sunlight, impairment of health, and the adverse effects of heat or cold. The shelter must be properly shaded and not readily conduct heat. It must have a windbreak at its entrance and bedding sufficient to protect the animal from cold and promote retention of body heat. Specifically, within seven days, the custodian must:

Recommend second enclosure for animals due to
amount of animals in enclosure
Needs enrichment

5. The custodian must ensure that each animal has sufficient space in its enclosure to allow it to easily stand, sit, lie, turn about, and make all other normal body movements. If the animal is tethered, the tether must permit the above actions and be attached to the animal in a way that protects the animal from injury. The space must allow each animal to interact safely with other animals in the enclosure. Specifically, within three days, the custodian must:

2

**Species:** _Goats/white Sheep (15)_          **Date:** _12/6/23_

6. The custodian must provide each animal with the opportunity for the animal to move sufficiently to maintain normal muscle tone and mass for the age, species, size, and condition of the animal. Specifically, within three days, the custodian must:

_____

_____

_____

_____

_____

7. The custodian must, in general, practice good animal husbandry in the handling, production, management, confinement, protection, transportation, and treatment of each animal in a manner that is appropriate for the age, species, condition, size, and type of the animal. Specifically, within one day, the custodian must:

_____

_____

_____

_____

_____

_____

    This action plan has been provided to the primary custodian for these animals. Failure to follow this plan or any written plan provided by a veterinarian utilized by the custodian should be viewed as a willful act. Animal Control Officers should closely monitor Natural Bridge Zoo to ensure compliance with these requirements and the custodian is hereby notified that further action may be taken against him if these improvements are not made promptly.

Recommending Expert/Veterinarian


Name: _Sandra Moffitt_
Title: _Veterinarian_

3

**Species:** _____    **Date:** _____

Primary Custodian(s)

_____

Name:
Title:

_____

Name:
Title:

**Species:** _Jhun 1 2_                                   **Date:** _12/6/23_

# ACTION PLAN:
## NATURAL BRIDGE ZOO
### 5784 S Lee Hwy, Natural Bridge, VA 24578

After examining the above-named species of animal kept at Natural Bridge Zoo, I have determined that at least some of the individuals are not currently receiving adequate care and the following actions must be taken and maintained to bring their condition to an acceptable level. Whenever a time frame is referenced, it is calculated by counting calendar days from the date written above.

1. The following animals must be examined by a licensed veterinarian with experience in the species within two days. The veterinarian should provide the custodian with a written treatment plan to address any health concerns. The custodian must follow all recommendations in that plan and schedule follow-up visits as needed.

   a. _____
   b. _____
   c. _____
   d. _____
   e. _____

2. The custodian shall ensure that clean, fresh, potable water is available in sufficient volume, a drinkable temperature, and accessible to all animals at suitable intervals to maintain normal hydration for the age, species, condition, size, and type of the animals. Specifically, within one day, the custodian must:

   _needs fresh water available for drinking_
   _needs clean water in pond_

3. The custodian shall ensure that all animals are given access to clean food appropriate for their species, age, and condition, provided in sufficient quantity and at suitable intervals to maintain each animal in good health. Specifically, within one day, the custodian must:

**Species:** _Swan_   **Date:** _12/6/23_

Minimal food Present - need adequate food

4. The custodian shall provide all animals with access to clean, safe shelter suitable for their species, age, condition, size, and type that also protects each animal from rain, sleet, snow, hail, direct sunlight, impairment of health, and the adverse effects of heat or cold. The shelter must be properly shaded and not readily conduct heat. It must have a windbreak at its entrance and bedding sufficient to protect the animal from cold and promote retention of body heat. Specifically, within seven days, the custodian must:

Needs shelter to protect animal for rain, heat, & cold
& wind. Not proper shelter present
- Needs enrichment
- Poor fencing

5. The custodian must ensure that each animal has sufficient space in its enclosure to allow it to easily stand, sit, lie, turn about, and make all other normal body movements. If the animal is tethered, the tether must permit the above actions and be attached to the animal in a way that protects the animal from injury. The space must allow each animal to interact safely with other animals in the enclosure. Specifically, within three days, the custodian must:

2

**Species:** _Swan_                                      **Date:** _12/6/23_

6. The custodian must provide each animal with the opportunity for the animal to move sufficiently to maintain normal muscle tone and mass for the age, species, size, and condition of the animal. Specifically, within three days, the custodian must:

 

7. The custodian must, in general, practice good animal husbandry in the handling, production, management, confinement, protection, transportation, and treatment of each animal in a manner that is appropriate for the age, species, condition, size, and type of the animal. Specifically, within one day, the custodian must:

 

This action plan has been provided to the primary custodian for these animals. Failure to follow this plan or any written plan provided by a veterinarian utilized by the custodian should be viewed as a willful act. Animal Control Officers should closely monitor Natural Bridge Zoo to ensure compliance with these requirements and the custodian is hereby notified that further action may be taken against him if these improvements are not made promptly.

Recommending Expert/Veterinarian

_Samantha Moffitt_

Name:

Title: _Veterinarian_

3

**Species:** _____          **Date:** _____

Primary Custodian(s)

_____
Name:
Title:

_____
Name:
Title:

**Species:** _Pot Belly (11)_          **Date:** _12/10/23_

# ACTION PLAN:
# NATURAL BRIDGE ZOO
## 5784 S Lee Hwy, Natural Bridge, VA 24578

After examining the above-named species of animal kept at Natural Bridge Zoo, I have determined that at least some of the individuals are not currently receiving adequate care and the following actions must be taken and maintained to bring their condition to an acceptable level. Whenever a time frame is referenced, it is calculated by counting calendar days from the date written above.

1. The following animals must be examined by a licensed veterinarian with experience in the species within two days. The veterinarian should provide the custodian with a written treatment plan to address any health concerns. The custodian must follow all recommendations in that plan and schedule follow-up visits as needed.

   a. _needs hoof care_
   b. _mostly white pig - limping needs vet care_
   c. _____
   d. _____
   e. _____

2. The custodian shall ensure that clean, fresh, potable water is available in sufficient volume, a drinkable temperature, and accessible to all animals at suitable intervals to maintain normal hydration for the age, species, condition, size, and type of the animals. Specifically, within one day, the custodian must:

   _____
   _____
   _____
   _____
   _____

3. The custodian shall ensure that all animals are given access to clean food appropriate for their species, age, and condition, provided in sufficient quantity and at suitable intervals to maintain each animal in good health. Specifically, within one day, the custodian must:

1

**Species:** _Pot belly_   **Date:** _12/6/23_

4. The custodian shall provide all animals with access to clean, safe shelter suitable for their species, age, condition, size, and type that also protects each animal from rain, sleet, snow, hail, direct sunlight, impairment of health, and the adverse effects of heat or cold. The shelter must be properly shaded and not readily conduct heat. It must have a windbreak at its entrance and bedding sufficient to protect the animal from cold and promote retention of body heat. Specifically, within seven days, the custodian must:

   _Needs enrichment_

5. The custodian must ensure that each animal has sufficient space in its enclosure to allow it to easily stand, sit, lie, turn about, and make all other normal body movements. If the animal is tethered, the tether must permit the above actions and be attached to the animal in a way that protects the animal from injury. The space must allow each animal to interact safely with other animals in the enclosure. Specifically, within three days, the custodian must:

   — _Needs mud area to cool in summer_

**Species:** _Pot belly_     **Date:** _12/6/23_

6. The custodian must provide each animal with the opportunity for the animal to move sufficiently to maintain normal muscle tone and mass for the age, species, size, and condition of the animal. Specifically, within three days, the custodian must:

_____

_____

_____

_____

_____

7. The custodian must, in general, practice good animal husbandry in the handling, production, management, confinement, protection, transportation, and treatment of each animal in a manner that is appropriate for the age, species, condition, size, and type of the animal. Specifically, within one day, the custodian must:

_____

_____

_____

_____

_____

_____

This action plan has been provided to the primary custodian for these animals. Failure to follow this plan or any written plan provided by a veterinarian utilized by the custodian should be viewed as a willful act. Animal Control Officers should closely monitor Natural Bridge Zoo to ensure compliance with these requirements and the custodian is hereby notified that further action may be taken against him if these improvements are not made promptly.

Recommending Expert/Veterinarian

_Samantha Moffitt_
Name:
Title: _Veterinarian_

3

**Species:** _____          **Date:** _____

Primary Custodian(s)

_____

Name:
Title:

_____

Name:
Title:

4

**Species:** _Ocat_ _(9)_        **Date:** _12/6/23_

# ACTION PLAN:
# NATURAL BRIDGE ZOO
## 5784 S Lee Hwy, Natural Bridge, VA 24578

After examining the above-named species of animal kept at Natural Bridge Zoo, I have determined that at least some of the individuals are not currently receiving adequate care and the following actions must be taken and maintained to bring their condition to an acceptable level. Whenever a time frame is referenced, it is calculated by counting calendar days from the date written above.

1. The following animals must be examined by a licensed veterinarian with experience in the species within two days. The veterinarian should provide the custodian with a written treatment plan to address any health concerns. The custodian must follow all recommendations in that plan and schedule follow-up visits as needed.

   a. _____

   b. _____

   c. _____

   d. _____

   e. _____

2. The custodian shall ensure that clean, fresh, potable water is available in sufficient volume, a drinkable temperature, and accessible to all animals at suitable intervals to maintain normal hydration for the age, species, condition, size, and type of the animals. Specifically, within one day, the custodian must:

   _____

   _____

   _____

   _____

   _____

3. The custodian shall ensure that all animals are given access to clean food appropriate for their species, age, and condition, provided in sufficient quantity and at suitable intervals to maintain each animal in good health. Specifically, within one day, the custodian must:

1

**Species:** _Carrot_                                    **Date:** _12/6/23_

- needs food

4. The custodian shall provide all animals with access to clean, safe shelter suitable for their species, age, condition, size, and type that also protects each animal from rain, sleet, snow, hail, direct sunlight, impairment of health, and the adverse effects of heat or cold. The shelter must be properly shaded and not readily conduct heat. It must have a windbreak at its entrance and bedding sufficient to protect the animal from cold and promote retention of body heat. Specifically, within seven days, the custodian must:

   _Storm drain from porcupine enclosure draining_
   _into this enclosure - unsanitary._

5. The custodian must ensure that each animal has sufficient space in its enclosure to allow it to easily stand, sit, lie, turn about, and make all other normal body movements. If the animal is tethered, the tether must permit the above actions and be attached to the animal in a way that protects the animal from injury. The space must allow each animal to interact safely with other animals in the enclosure. Specifically, within three days, the custodian must:

2

**Species:** _____Coat_____                                    **Date:** _____

6. The custodian must provide each animal with the opportunity for the animal to move sufficiently to maintain normal muscle tone and mass for the age, species, size, and condition of the animal. Specifically, within three days, the custodian must:

_____

_____

_____

_____

_____

7. The custodian must, in general, practice good animal husbandry in the handling, production, management, confinement, protection, transportation, and treatment of each animal in a manner that is appropriate for the age, species, condition, size, and type of the animal. Specifically, within one day, the custodian must:

_needs enrichment ._____

_____

_____

_____

_____

_____

This action plan has been provided to the primary custodian for these animals. Failure to follow this plan or any written plan provided by a veterinarian utilized by the custodian should be viewed as a willful act. Animal Control Officers should closely monitor Natural Bridge Zoo to ensure compliance with these requirements and the custodian is hereby notified that further action may be taken against him if these improvements are not made promptly.

Recommending Expert/Veterinarian

Name: _____

Title: Veterinarian

3

**Species:** _____

**Date:** _____

Primary Custodian(s)

_____

Name: _____
Title:

_____

Name: _____
Title:

**4**

**Species:** _Chickens (47)_     **Date:** _12/6/23_

# ACTION PLAN:
# NATURAL BRIDGE ZOO
## 5784 S Lee Hwy, Natural Bridge, VA 24578

After examining the above-named species of animal kept at Natural Bridge Zoo, I have determined that at least some of the individuals are not currently receiving adequate care and the following actions must be taken and maintained to bring their condition to an acceptable level. Whenever a time frame is referenced, it is calculated by counting calendar days from the date written above.

1. The following animals must be examined by a licensed veterinarian with experience in the species within two days. The veterinarian should provide the custodian with a written treatment plan to address any health concerns. The custodian must follow all recommendations in that plan and schedule follow-up visits as needed.

   a. _____
   b. _____
   c. _____
   d. _____
   e. _____

2. The custodian shall ensure that clean, fresh, potable water is available in sufficient volume, a drinkable temperature, and accessible to all animals at suitable intervals to maintain normal hydration for the age, species, condition, size, and type of the animals. Specifically, within one day, the custodian must:

   _____
   _____
   _____
   _____
   _____

3. The custodian shall ensure that all animals are given access to clean food appropriate for their species, age, and condition, provided in sufficient quantity and at suitable intervals to maintain each animal in good health. Specifically, within one day, the custodian must:

1

**Species:** _Chickens (47)_        **Date:** _12/4/23_

4. The custodian shall provide all animals with access to clean, safe shelter suitable for their species, age, condition, size, and type that also protects each animal from rain, sleet, snow, hail, direct sunlight, impairment of health, and the adverse effects of heat or cold. The shelter must be properly shaded and not readily conduct heat. It must have a windbreak at its entrance and bedding sufficient to protect the animal from cold and promote retention of body heat. Specifically, within seven days, the custodian must:

    _- Over crowding / inadequate shelter shape_
    _- needs larger enclosure_

5. The custodian must ensure that each animal has sufficient space in its enclosure to allow it to easily stand, sit, lie, turn about, and make all other normal body movements. If the animal is tethered, the tether must permit the above actions and be attached to the animal in a way that protects the animal from injury. The space must allow each animal to interact safely with other animals in the enclosure. Specifically, within three days, the custodian must:

2

**Species:** _Chicken (47)_                    **Date:** _12/6/23_

6. The custodian must provide each animal with the opportunity for the animal to move sufficiently to maintain normal muscle tone and mass for the age, species, size, and condition of the animal. Specifically, within three days, the custodian must:

_____

_____

_____

_____

_____

7. The custodian must, in general, practice good animal husbandry in the handling, production, management, confinement, protection, transportation, and treatment of each animal in a manner that is appropriate for the age, species, condition, size, and type of the animal. Specifically, within one day, the custodian must:

_____ Needs enrichment _____

_____

_____

_____

_____

_____

This action plan has been provided to the primary custodian for these animals. Failure to follow this plan or any written plan provided by a veterinarian utilized by the custodian should be viewed as a willful act. Animal Control Officers should closely monitor Natural Bridge Zoo to ensure compliance with these requirements and the custodian is hereby notified that further action may be taken against him if these improvements are not made promptly.

Recommending Expert/Veterinarian

_Samantha Moffitt_

Name:

Title: _Veterinarian_

3

**Species:** _____        **Date:** _____

<u>Primary Custodian(s)</u>

_____
Name:
Title:


_____
Name:
Title:

**Species:** _Goat in barn (38)_          **Date:** _12/16/23_

# ACTION PLAN:
# NATURAL BRIDGE ZOO
## 5784 S Lee Hwy, Natural Bridge, VA 24578

After examining the above-named species of animal kept at Natural Bridge Zoo, I have determined that at least some of the individuals are not currently receiving adequate care and the following actions must be taken and maintained to bring their condition to an acceptable level. Whenever a time frame is referenced, it is calculated by counting calendar days from the date written above.

1. The following animals must be examined by a licensed veterinarian with experience in the species within two days. The veterinarian should provide the custodian with a written treatment plan to address any health concerns. The custodian must follow all recommendations in that plan and schedule follow-up visits as needed.

    a. _____

    b. _____

    c. _____

    d. _____

    e. _____

2. The custodian shall ensure that clean, fresh, potable water is available in sufficient volume, a drinkable temperature, and accessible to all animals at suitable intervals to maintain normal hydration for the age, species, condition, size, and type of the animals. Specifically, within one day, the custodian must:

    _____

    _____

    _____

    _____

    _____

3. The custodian shall ensure that all animals are given access to clean food appropriate for their species, age, and condition, provided in sufficient quantity and at suitable intervals to maintain each animal in good health. Specifically, within one day, the custodian must:

**Species:** _Goat (38)_    **Date:** _12/6/23_

4. The custodian shall provide all animals with access to clean, safe shelter suitable for their species, age, condition, size, and type that also protects each animal from rain, sleet, snow, hail, direct sunlight, impairment of health, and the adverse effects of heat or cold. The shelter must be properly shaded and not readily conduct heat. It must have a windbreak at its entrance and bedding sufficient to protect the animal from cold and promote retention of body heat. Specifically, within seven days, the custodian must:

_Inadequate lighting & ventilation_

5. The custodian must ensure that each animal has sufficient space in its enclosure to allow it to easily stand, sit, lie, turn about, and make all other normal body movements. If the animal is tethered, the tether must permit the above actions and be attached to the animal in a way that protects the animal from injury. The space must allow each animal to interact safely with other animals in the enclosure. Specifically, within three days, the custodian must:

2

**Species:** ___Goat___ (38)   **Date:** _12/6/23_

6. The custodian must provide each animal with the opportunity for the animal to move sufficiently to maintain normal muscle tone and mass for the age, species, size, and condition of the animal. Specifically, within three days, the custodian must:

_____

_____

_____

_____

_____

7. The custodian must, in general, practice good animal husbandry in the handling, production, management, confinement, protection, transportation, and treatment of each animal in a manner that is appropriate for the age, species, condition, size, and type of the animal. Specifically, within one day, the custodian must:

_____ _needs enrichment_ _____

_____

_____

_____

_____

_____

This action plan has been provided to the primary custodian for these animals. Failure to follow this plan or any written plan provided by a veterinarian utilized by the custodian should be viewed as a willful act. Animal Control Officers should closely monitor Natural Bridge Zoo to ensure compliance with these requirements and the custodian is hereby notified that further action may be taken against him if these improvements are not made promptly.

Recommending Expert/Veterinarian

_Samantha Moffitt_

Name:
Title: _Veterinarian_

3

**Species:** _____          **Date:** _____

Primary Custodian(s)


_____
Name:
Title:


_____
Name:
Title:

4

**Species:** _Reeves Muntjac (4)(38)_      **Date:** _12/6/23_

# ACTION PLAN:
# NATURAL BRIDGE ZOO
# 5784 S Lee Hwy, Natural Bridge, VA 24578

After examining the above-named species of animal kept at Natural Bridge Zoo, I have determined that at least some of the individuals are not currently receiving adequate care and the following actions must be taken and maintained to bring their condition to an acceptable level. Whenever a time frame is referenced, it is calculated by counting calendar days from the date written above.

1. The following animals must be examined by a licensed veterinarian with experience in the species within two days. The veterinarian should provide the custodian with a written treatment plan to address any health concerns. The custodian must follow all recommendations in that plan and schedule follow-up visits as needed.

    a. _____

    b. _____

    c. _____

    d. _____

    e. _____

2. The custodian shall ensure that clean, fresh, potable water is available in sufficient volume, a drinkable temperature, and accessible to all animals at suitable intervals to maintain normal hydration for the age, species, condition, size, and type of the animals. Specifically, within one day, the custodian must:

    _____

    _____

    _____

    _____

    _____

3. The custodian shall ensure that all animals are given access to clean food appropriate for their species, age, and condition, provided in sufficient quantity and at suitable intervals to maintain each animal in good health. Specifically, within one day, the custodian must:

1

**Species:** _Reeves Muntjac (38)_     **Date:** _12/6/23_

4. The custodian shall provide all animals with access to clean, safe shelter suitable for their species, age, condition, size, and type that also protects each animal from rain, sleet, snow, hail, direct sunlight, impairment of health, and the adverse effects of heat or cold. The shelter must be properly shaded and not readily conduct heat. It must have a windbreak at its entrance and bedding sufficient to protect the animal from cold and promote retention of body heat. Specifically, within seven days, the custodian must:

_inadequate lighting + ventilation_

5. The custodian must ensure that each animal has sufficient space in its enclosure to allow it to easily stand, sit, lie, turn about, and make all other normal body movements. If the animal is tethered, the tether must permit the above actions and be attached to the animal in a way that protects the animal from injury. The space must allow each animal to interact safely with other animals in the enclosure. Specifically, within three days, the custodian must:

**Species:** _____   Date: 12/6/23

6. The custodian must provide each animal with the opportunity for the animal to move sufficiently to maintain normal muscle tone and mass for the age, species, size, and condition of the animal. Specifically, within three days, the custodian must:

_____

_____

_____

_____

_____

7. The custodian must, in general, practice good animal husbandry in the handling, production, management, confinement, protection, transportation, and treatment of each animal in a manner that is appropriate for the age, species, condition, size, and type of the animal. Specifically, within one day, the custodian must:

_____ needs for enrichment _____

_____

_____

_____

_____

    This action plan has been provided to the primary custodian for these animals. Failure to follow this plan or any written plan provided by a veterinarian utilized by the custodian should be viewed as a willful act. Animal Control Officers should closely monitor Natural Bridge Zoo to ensure compliance with these requirements and the custodian is hereby notified that further action may be taken against him if these improvements are not made promptly.

Recommending Expert/Veterinarian

_Samantha Moffitt_

Name:

Title: Veterinarian

3

**Species:** _____                    **Date:** _____

<u>Primary Custodian(s)</u>

_____
Name:
Title:

_____
Name:
Title:

4

**Species:** _Fallow Deer (36)_     **Date:** _12/6/23_

# ACTION PLAN:
# NATURAL BRIDGE ZOO
## 5784 S Lee Hwy, Natural Bridge, VA 24578

After examining the above-named species of animal kept at Natural Bridge Zoo, I have determined that at least some of the individuals are not currently receiving adequate care and the following actions must be taken and maintained to bring their condition to an acceptable level. Whenever a time frame is referenced, it is calculated by counting calendar days from the date written above.

1. The following animals must be examined by a licensed veterinarian with experience in the species within two days. The veterinarian should provide the custodian with a written treatment plan to address any health concerns. The custodian must follow all recommendations in that plan and schedule follow-up visits as needed.

   a. _____
   b. _____
   c. _____
   d. _____
   e. _____

2. The custodian shall ensure that clean, fresh, potable water is available in sufficient volume, a drinkable temperature, and accessible to all animals at suitable intervals to maintain normal hydration for the age, species, condition, size, and type of the animals. Specifically, within one day, the custodian must:

   _____
   _____
   _____
   _____
   _____

3. The custodian shall ensure that all animals are given access to clean food appropriate for their species, age, and condition, provided in sufficient quantity and at suitable intervals to maintain each animal in good health. Specifically, within one day, the custodian must:

1

**Species:** _Fallow Deer (36)_    **Date:** _12/6/23_

_____ no food present - need adequate food
available

4. The custodian shall provide all animals with access to clean, safe shelter suitable for their species, age, condition, size, and type that also protects each animal from rain, sleet, snow, hail, direct sunlight, impairment of health, and the adverse effects of heat or cold. The shelter must be properly shaded and not readily conduct heat. It must have a windbreak at its entrance and bedding sufficient to protect the animal from cold and promote retention of body heat. Specifically, within seven days, the custodian must:

_____ Overcrowding - needs more space & shelter

5. The custodian must ensure that each animal has sufficient space in its enclosure to allow it to easily stand, sit, lie, turn about, and make all other normal body movements. If the animal is tethered, the tether must permit the above actions and be attached to the animal in a way that protects the animal from injury. The space must allow each animal to interact safely with other animals in the enclosure. Specifically, within three days, the custodian must:

2

**Species:** _Fallon Deer (34)_      **Date:** _12/6/23_

6. The custodian must provide each animal with the opportunity for the animal to move sufficiently to maintain normal muscle tone and mass for the age, species, size, and condition of the animal. Specifically, within three days, the custodian must:

_____
_____
_____
_____
_____

7. The custodian must, in general, practice good animal husbandry in the handling, production, management, confinement, protection, transportation, and treatment of each animal in a manner that is appropriate for the age, species, condition, size, and type of the animal. Specifically, within one day, the custodian must:

_____needs enrichment_____
_____
_____
_____
_____
_____

     This action plan has been provided to the primary custodian for these animals. Failure to follow this plan or any written plan provided by a veterinarian utilized by the custodian should be viewed as a willful act. Animal Control Officers should closely monitor Natural Bridge Zoo to ensure compliance with these requirements and the custodian is hereby notified that further action may be taken against him if these improvements are not made promptly.

Recommending Expert/Veterinarian

Name: _Samantha Moffula_
Title: _Veterinarian_

3

**Species:** _____     **Date:** _____

Primary Custodian(s)

_____
Name:
Title:

_____
Name:
Title:

4

**Species:** _Tinley (BS)_       **Date:** _12/6/22_

# ACTION PLAN:
# NATURAL BRIDGE ZOO
## 5784 S Lee Hwy, Natural Bridge, VA 24578

After examining the above-named species of animal kept at Natural Bridge Zoo, I have determined that at least some of the individuals are not currently receiving adequate care and the following actions must be taken and maintained to bring their condition to an acceptable level. Whenever a time frame is referenced, it is calculated by counting calendar days from the date written above.

1. The following animals must be examined by a licensed veterinarian with experience in the species within two days. The veterinarian should provide the custodian with a written treatment plan to address any health concerns. The custodian must follow all recommendations in that plan and schedule follow-up visits as needed.

    a. _hoof care needed_
    b. _Parasite check needed_
    c. _____
    d. _____
    e. _____

2. The custodian shall ensure that clean, fresh, potable water is available in sufficient volume, a drinkable temperature, and accessible to all animals at suitable intervals to maintain normal hydration for the age, species, condition, size, and type of the animals. Specifically, within one day, the custodian must:

    _- needs more water receptacles present with_
    _amount of animals in enclosure._

3. The custodian shall ensure that all animals are given access to clean food appropriate for their species, age, and condition, provided in sufficient quantity and at suitable intervals to maintain each animal in good health. Specifically, within one day, the custodian must:

1

**Species:** _Llamas & mini Donkey (35)_                      **Date:** _12/6/23_

4.  The custodian shall provide all animals with access to clean, safe shelter suitable for their species, age, condition, size, and type that also protects each animal from rain, sleet, snow, hail, direct sunlight, impairment of health, and the adverse effects of heat or cold. The shelter must be properly shaded and not readily conduct heat. It must have a windbreak at its entrance and bedding sufficient to protect the animal from cold and promote retention of body heat. Specifically, within seven days, the custodian must:

_needs bigger shelter or another shelter due to_
_amount of animals in enclosure_

5.  The custodian must ensure that each animal has sufficient space in its enclosure to allow it to easily stand, sit, lie, turn about, and make all other normal body movements. If the animal is tethered, the tether must permit the above actions and be attached to the animal in a way that protects the animal from injury. The space must allow each animal to interact safely with other animals in the enclosure. Specifically, within three days, the custodian must:

2

**Species:** _llamas & mini Donkey (35)_          **Date:** _12/6/23_

6. The custodian must provide each animal with the opportunity for the animal to move sufficiently to maintain normal muscle tone and mass for the age, species, size, and condition of the animal. Specifically, within three days, the custodian must:

_____

_____

_____

_____

_____

7. The custodian must, in general, practice good animal husbandry in the handling, production, management, confinement, protection, transportation, and treatment of each animal in a manner that is appropriate for the age, species, condition, size, and type of the animal. Specifically, within one day, the custodian must:

_____ needs enrichment _____

_____

_____

_____

_____

_____

This action plan has been provided to the primary custodian for these animals. Failure to follow this plan or any written plan provided by a veterinarian utilized by the custodian should be viewed as a willful act. Animal Control Officers should closely monitor Natural Bridge Zoo to ensure compliance with these requirements and the custodian is hereby notified that further action may be taken against him if these improvements are not made promptly.

Recommending Expert/Veterinarian

Name: _Samtha Moffit_
Title: _Vet_

3

**Species:** _____          **Date:** _____

Primary Custodian(s)

_____
Name:
Title:

_____
Name:
Title:

4

**Species:** _Sitatunga Antelope (32)_     **Date:** _12/6/23_

# ACTION PLAN:
## NATURAL BRIDGE ZOO
### 5784 S Lee Hwy, Natural Bridge, VA 24578

After examining the above-named species of animal kept at Natural Bridge Zoo, I have determined that at least some of the individuals are not currently receiving adequate care and the following actions must be taken and maintained to bring their condition to an acceptable level. Whenever a time frame is referenced, it is calculated by counting calendar days from the date written above.

1. The following animals must be examined by a licensed veterinarian with experience in the species within two days. The veterinarian should provide the custodian with a written treatment plan to address any health concerns. The custodian must follow all recommendations in that plan and schedule follow-up visits as needed.

   a. _Hoof care_
   b. _Parasite check_
   c. _____
   d. _____
   e. _____

2. The custodian shall ensure that clean, fresh, potable water is available in sufficient volume, a drinkable temperature, and accessible to all animals at suitable intervals to maintain normal hydration for the age, species, condition, size, and type of the animals. Specifically, within one day, the custodian must:

   _needs another water receptacle_

3. The custodian shall ensure that all animals are given access to clean food appropriate for their species, age, and condition, provided in sufficient quantity and at suitable intervals to maintain each animal in good health. Specifically, within one day, the custodian must:

1

**Species:** _Sitatunga Antelope (32)_     **Date:** _12/6/23_

4. The custodian shall provide all animals with access to clean, safe shelter suitable for their species, age, condition, size, and type that also protects each animal from rain, sleet, snow, hail, direct sunlight, impairment of health, and the adverse effects of heat or cold. The shelter must be properly shaded and not readily conduct heat. It must have a windbreak at its entrance and bedding sufficient to protect the animal from cold and promote retention of body heat. Specifically, within seven days, the custodian must:

_needs another shelter Animals are cold and Shaking. Needs bedding in shelter to help keep warm and Something to break wind._

5. The custodian must ensure that each animal has sufficient space in its enclosure to allow it to easily stand, sit, lie, turn about, and make all other normal body movements. If the animal is tethered, the tether must permit the above actions and be attached to the animal in a way that protects the animal from injury. The space must allow each animal to interact safely with other animals in the enclosure. Specifically, within three days, the custodian must:

_Needs another shelter - Crowded_

2

**Species:** _Sitatunga Antelope (32)_      **Date:** _12/6/23_

6. The custodian must provide each animal with the opportunity for the animal to move sufficiently to maintain normal muscle tone and mass for the age, species, size, and condition of the animal. Specifically, within three days, the custodian must:

_____
_____
_____
_____
_____

7. The custodian must, in general, practice good animal husbandry in the handling, production, management, confinement, protection, transportation, and treatment of each animal in a manner that is appropriate for the age, species, condition, size, and type of the animal. Specifically, within one day, the custodian must:

_needs enrichment_____
_____
_____
_____
_____

    This action plan has been provided to the primary custodian for these animals. Failure to follow this plan or any written plan provided by a veterinarian utilized by the custodian should be viewed as a willful act. Animal Control Officers should closely monitor Natural Bridge Zoo to ensure compliance with these requirements and the custodian is hereby notified that further action may be taken against him if these improvements are not made promptly.

<u>Recommending Expert/Veterinarian</u>

Name: _Samantha Moffitt_
Title: _Vet_

**Species:** _____     **Date:** _____

Primary Custodian(s)

_____
Name:
Title:

_____
Name:
Title:

4

**Species:** _Beisa Oryx (31)_     **Date:** _12/6/23_

# ACTION PLAN:
# NATURAL BRIDGE ZOO
## 5784 S Lee Hwy, Natural Bridge, VA 24578

After examining the above-named species of animal kept at Natural Bridge Zoo, I have determined that at least some of the individuals are not currently receiving adequate care and the following actions must be taken and maintained to bring their condition to an acceptable level. Whenever a time frame is referenced, it is calculated by counting calendar days from the date written above.

1. The following animals must be examined by a licensed veterinarian with experience in the species within two days. The veterinarian should provide the custodian with a written treatment plan to address any health concerns. The custodian must follow all recommendations in that plan and schedule follow-up visits as needed.

   a. _hoof care needed_
   b. _____
   c. _____
   d. _____
   e. _____

2. The custodian shall ensure that clean, fresh, potable water is available in sufficient volume, a drinkable temperature, and accessible to all animals at suitable intervals to maintain normal hydration for the age, species, condition, size, and type of the animals. Specifically, within one day, the custodian must:

   _____
   _____
   _____
   _____
   _____

3. The custodian shall ensure that all animals are given access to clean food appropriate for their species, age, and condition, provided in sufficient quantity and at suitable intervals to maintain each animal in good health. Specifically, within one day, the custodian must:

1

_____

_____

_____

_____

_____

_____

4.  The custodian shall provide all animals with access to clean, safe shelter suitable for their species, age, condition, size, and type that also protects each animal from rain, sleet, snow, hail, direct sunlight, impairment of health, and the adverse effects of heat or cold. The shelter must be properly shaded and not readily conduct heat. It must have a windbreak at its entrance and bedding sufficient to protect the animal from cold and promote retention of body heat. Specifically, within seven days, the custodian must:

_____

_____

_____

_____

_____

5.  The custodian must ensure that each animal has sufficient space in its enclosure to allow it to easily stand, sit, lie, turn about, and make all other normal body movements. If the animal is tethered, the tether must permit the above actions and be attached to the animal in a way that protects the animal from injury. The space must allow each animal to interact safely with other animals in the enclosure. Specifically, within three days, the custodian must:

_____

_____

_____

_____

_____

**Species:** _Oryx (31)_                          **Date:** _12/6/23_

6. The custodian must provide each animal with the opportunity for the animal to move sufficiently to maintain normal muscle tone and mass for the age, species, size, and condition of the animal. Specifically, within three days, the custodian must:

_____

_____

_____

_____

_____

7. The custodian must, in general, practice good animal husbandry in the handling, production, management, confinement, protection, transportation, and treatment of each animal in a manner that is appropriate for the age, species, condition, size, and type of the animal. Specifically, within one day, the custodian must:

__needs enrichment__

_____

_____

_____

_____

This action plan has been provided to the primary custodian for these animals. Failure to follow this plan or any written plan provided by a veterinarian utilized by the custodian should be viewed as a willful act. Animal Control Officers should closely monitor Natural Bridge Zoo to ensure compliance with these requirements and the custodian is hereby notified that further action may be taken against him if these improvements are not made promptly.

Recommending Expert/Veterinarian

Name: _Samantha Moffit_
Title: _Vet_

3

**Species:** _____          **Date:** _____

Primary Custodian(s)

_____

Name:

Title:

_____

Name:

Title:

**Species:** _RRoa (30)_　　　　　　　　　　　　**Date:** _12/6/23_

# ACTION PLAN:
# NATURAL BRIDGE ZOO
## 5784 S Lee Hwy, Natural Bridge, VA 24578

After examining the above-named species of animal kept at Natural Bridge Zoo, I have determined that at least some of the individuals are not currently receiving adequate care and the following actions must be taken and maintained to bring their condition to an acceptable level. Whenever a time frame is referenced, it is calculated by counting calendar days from the date written above.

1. The following animals must be examined by a licensed veterinarian with experience in the species within two days. The veterinarian should provide the custodian with a written treatment plan to address any health concerns. The custodian must follow all recommendations in that plan and schedule follow-up visits as needed.

   a. _____
   b. _____
   c. _____
   d. _____
   e. _____

2. The custodian shall ensure that clean, fresh, potable water is available in sufficient volume, a drinkable temperature, and accessible to all animals at suitable intervals to maintain normal hydration for the age, species, condition, size, and type of the animals. Specifically, within one day, the custodian must:

   _____
   _____
   _____
   _____
   _____

3. The custodian shall ensure that all animals are given access to clean food appropriate for their species, age, and condition, provided in sufficient quantity and at suitable intervals to maintain each animal in good health. Specifically, within one day, the custodian must:

1

**Species:** _____          **Date:** _____

_____
_____
_____
_____
_____

4.  The custodian shall provide all animals with access to clean, safe shelter suitable for their species, age, condition, size, and type that also protects each animal from rain, sleet, snow, hail, direct sunlight, impairment of health, and the adverse effects of heat or cold. The shelter must be properly shaded and not readily conduct heat. It must have a windbreak at its entrance and bedding sufficient to protect the animal from cold and promote retention of body heat. Specifically, within seven days, the custodian must:

_____
_____
_____
_____
_____

5.  The custodian must ensure that each animal has sufficient space in its enclosure to allow it to easily stand, sit, lie, turn about, and make all other normal body movements. If the animal is tethered, the tether must permit the above actions and be attached to the animal in a way that protects the animal from injury. The space must allow each animal to interact safely with other animals in the enclosure. Specifically, within three days, the custodian must:

_____
_____
_____
_____
_____

**Species:** _____     **Date:** _____

6. The custodian must provide each animal with the opportunity for the animal to move sufficiently to maintain normal muscle tone and mass for the age, species, size, and condition of the animal. Specifically, within three days, the custodian must:

_____

_____

_____

_____

_____

7. The custodian must, in general, practice good animal husbandry in the handling, production, management, confinement, protection, transportation, and treatment of each animal in a manner that is appropriate for the age, species, condition, size, and type of the animal. Specifically, within one day, the custodian must:

_needs enrichment_ _____

_____

_____

_____

_____

This action plan has been provided to the primary custodian for these animals. Failure to follow this plan or any written plan provided by a veterinarian utilized by the custodian should be viewed as a willful act. Animal Control Officers should closely monitor Natural Bridge Zoo to ensure compliance with these requirements and the custodian is hereby notified that further action may be taken against him if these improvements are not made promptly.

Recommending Expert/Veterinarian

Name: _Samecth Mofft_

Title: _Vet_

3

**Species:** _____          **Date:** _____

Primary <u>Custodian(s)</u>

_____
Name:
Title:


_____
Name:
Title:

4

**Species:** _Goats & llama (26)_          **Date:** _12/6/23_

# ACTION PLAN:
# NATURAL BRIDGE ZOO
## 5784 S Lee Hwy, Natural Bridge, VA 24578

After examining the above-named species of animal kept at Natural Bridge Zoo, I have determined that at least some of the individuals are not currently receiving adequate care and the following actions must be taken and maintained to bring their condition to an acceptable level. Whenever a time frame is referenced, it is calculated by counting calendar days from the date written above.

1.  The following animals must be examined by a licensed veterinarian with experience in the species within two days. The veterinarian should provide the custodian with a written treatment plan to address any health concerns. The custodian must follow all recommendations in that plan and schedule follow-up visits as needed.

    a.  _Hoof care_
    b.  _____
    c.  _____
    d.  _____
    e.  _____

2.  The custodian shall ensure that clean, fresh, potable water is available in sufficient volume, a drinkable temperature, and accessible to all animals at suitable intervals to maintain normal hydration for the age, species, condition, size, and type of the animals. Specifically, within one day, the custodian must:

    _____

    _____

    _____

    _____

    _____

3.  The custodian shall ensure that all animals are given access to clean food appropriate for their species, age, and condition, provided in sufficient quantity and at suitable intervals to maintain each animal in good health. Specifically, within one day, the custodian must:

1

**Species:** _____        **Date:** _____

_____

_____

_____

_____

_____

4. The custodian shall provide all animals with access to clean, safe shelter suitable for their species, age, condition, size, and type that also protects each animal from rain, sleet, snow, hail, direct sunlight, impairment of health, and the adverse effects of heat or cold. The shelter must be properly shaded and not readily conduct heat. It must have a windbreak at its entrance and bedding sufficient to protect the animal from cold and promote retention of body heat. Specifically, within seven days, the custodian must:

_____

_____

_____

_____

_____

5. The custodian must ensure that each animal has sufficient space in its enclosure to allow it to easily stand, sit, lie, turn about, and make all other normal body movements. If the animal is tethered, the tether must permit the above actions and be attached to the animal in a way that protects the animal from injury. The space must allow each animal to interact safely with other animals in the enclosure. Specifically, within three days, the custodian must:

_____

_____

_____

_____

_____

**Species:** _____          **Date:** _____

6. The custodian must provide each animal with the opportunity for the animal to move sufficiently to maintain normal muscle tone and mass for the age, species, size, and condition of the animal. Specifically, within three days, the custodian must:

_____

_____

_____

_____

_____

7. The custodian must, in general, practice good animal husbandry in the handling, production, management, confinement, protection, transportation, and treatment of each animal in a manner that is appropriate for the age, species, condition, size, and type of the animal. Specifically, within one day, the custodian must:

_____needs · enrichment_____

_____

_____

_____

_____

This action plan has been provided to the primary custodian for these animals. Failure to follow this plan or any written plan provided by a veterinarian utilized by the custodian should be viewed as a willful act. Animal Control Officers should closely monitor Natural Bridge Zoo to ensure compliance with these requirements and the custodian is hereby notified that further action may be taken against him if these improvements are not made promptly.

Recommending Expert/Veterinarian

Name: _Sarah Moffitt_

Title: _Vet_

3

**Species:** _____     **Date:** _____

<u>Primary Custodian(s)</u>

_____

Name:
Title:

_____

Name:
Title:

4

**Species:** ___Camel (25)___          **Date:** ___12/6/23___

# ACTION PLAN:
# NATURAL BRIDGE ZOO
## 5784 S Lee Hwy, Natural Bridge, VA 24578

After examining the above-named species of animal kept at Natural Bridge Zoo, I have determined that at least some of the individuals are not currently receiving adequate care and the following actions must be taken and maintained to bring their condition to an acceptable level. Whenever a time frame is referenced, it is calculated by counting calendar days from the date written above.

1. The following animals must be examined by a licensed veterinarian with experience in the species within two days. The veterinarian should provide the custodian with a written treatment plan to address any health concerns. The custodian must follow all recommendations in that plan and schedule follow-up visits as needed.

   a. ___Fast cure needed___
   b. _____
   c. _____
   d. _____
   e. _____

2. The custodian shall ensure that clean, fresh, potable water is available in sufficient volume, a drinkable temperature, and accessible to all animals at suitable intervals to maintain normal hydration for the age, species, condition, size, and type of the animals. Specifically, within one day, the custodian must:

   _____
   _____
   _____
   _____
   _____

3. The custodian shall ensure that all animals are given access to clean food appropriate for their species, age, and condition, provided in sufficient quantity and at suitable intervals to maintain each animal in good health. Specifically, within one day, the custodian must:

1

**Species:** _Camel (3.5)_   **Date:** _13/4/23_

4.  The custodian shall provide all animals with access to clean, safe shelter suitable for their species, age, condition, size, and type that also protects each animal from rain, sleet, snow, hail, direct sunlight, impairment of health, and the adverse effects of heat or cold. The shelter must be properly shaded and not readily conduct heat. It must have a windbreak at its entrance and bedding sufficient to protect the animal from cold and promote retention of body heat. Specifically, within seven days, the custodian must:

_needs better shelter to block wind_

5.  The custodian must ensure that each animal has sufficient space in its enclosure to allow it to easily stand, sit, lie, turn about, and make all other normal body movements. If the animal is tethered, the tether must permit the above actions and be attached to the animal in a way that protects the animal from injury. The space must allow each animal to interact safely with other animals in the enclosure. Specifically, within three days, the custodian must:

_hump hits top of shelter - needs taller shelter_

2

**Species:** _Camel (2S)_                                              **Date:** _12/6/23_

6. The custodian must provide each animal with the opportunity for the animal to move sufficiently to maintain normal muscle tone and mass for the age, species, size, and condition of the animal. Specifically, within three days, the custodian must:

_____

_____

_____

_____

_____

7. The custodian must, in general, practice good animal husbandry in the handling, production, management, confinement, protection, transportation, and treatment of each animal in a manner that is appropriate for the age, species, condition, size, and type of the animal. Specifically, within one day, the custodian must:

_____ needs enrichment _____

_____

_____

_____

_____

_____

This action plan has been provided to the primary custodian for these animals. Failure to follow this plan or any written plan provided by a veterinarian utilized by the custodian should be viewed as a willful act. Animal Control Officers should closely monitor Natural Bridge Zoo to ensure compliance with these requirements and the custodian is hereby notified that further action may be taken against him if these improvements are not made promptly.

<u>Recommending Expert/Veterinarian</u>

Name: _Samantha Moffitt_

Title: _Vet_

3

**Species:** _____          **Date:** _____

Primary Custodian(s)

_____
Name:
Title:

_____
Name:
Title:

4

**Species:** _Zebra  (23)_           **Date:** _12/6/23_

# ACTION PLAN:
# NATURAL BRIDGE ZOO
## 5784 S Lee Hwy, Natural Bridge, VA 24578

After examining the above-named species of animal kept at Natural Bridge Zoo, I have determined that at least some of the individuals are not currently receiving adequate care and the following actions must be taken and maintained to bring their condition to an acceptable level. Whenever a time frame is referenced, it is calculated by counting calendar days from the date written above.

1. The following animals must be examined by a licensed veterinarian with experience in the species within two days. The veterinarian should provide the custodian with a written treatment plan to address any health concerns. The custodian must follow all recommendations in that plan and schedule follow-up visits as needed.

   a. _hoof care_
   b. _____
   c. _____
   d. _____
   e. _____

2. The custodian shall ensure that clean, fresh, potable water is available in sufficient volume, a drinkable temperature, and accessible to all animals at suitable intervals to maintain normal hydration for the age, species, condition, size, and type of the animals. Specifically, within one day, the custodian must:

   _____
   _____
   _____
   _____
   _____

3. The custodian shall ensure that all animals are given access to clean food appropriate for their species, age, and condition, provided in sufficient quantity and at suitable intervals to maintain each animal in good health. Specifically, within one day, the custodian must:

**Species:** _Zebra (23)_          **Date:** _12/6/23_

_____
_____
_____
_____
_____

4. The custodian shall provide all animals with access to clean, safe shelter suitable for their species, age, condition, size, and type that also protects each animal from rain, sleet, snow, hail, direct sunlight, impairment of health, and the adverse effects of heat or cold. The shelter must be properly shaded and not readily conduct heat. It must have a windbreak at its entrance and bedding sufficient to protect the animal from cold and promote retention of body heat. Specifically, within seven days, the custodian must:

_____
_____
_____
_____
_____

5. The custodian must ensure that each animal has sufficient space in its enclosure to allow it to easily stand, sit, lie, turn about, and make all other normal body movements. If the animal is tethered, the tether must permit the above actions and be attached to the animal in a way that protects the animal from injury. The space must allow each animal to interact safely with other animals in the enclosure. Specifically, within three days, the custodian must:

_____
_____
_____
_____
_____

2

**Species:** _Zebra (23)_          **Date:** _12/16/23_

6. The custodian must provide each animal with the opportunity for the animal to move sufficiently to maintain normal muscle tone and mass for the age, species, size, and condition of the animal. Specifically, within three days, the custodian must:

_____
_____
_____
_____
_____

7. The custodian must, in general, practice good animal husbandry in the handling, production, management, confinement, protection, transportation, and treatment of each animal in a manner that is appropriate for the age, species, condition, size, and type of the animal. Specifically, within one day, the custodian must:

_____needs enrichment_____
_____
_____
_____
_____

This action plan has been provided to the primary custodian for these animals. Failure to follow this plan or any written plan provided by a veterinarian utilized by the custodian should be viewed as a willful act. Animal Control Officers should closely monitor Natural Bridge Zoo to ensure compliance with these requirements and the custodian is hereby notified that further action may be taken against him if these improvements are not made promptly.

Recommending Expert/Veterinarian

Name: _Kenneth Miff_
Title: _Vet_

3

**Species:** _____                    **Date:** _____

Primary Custodian(s)

_____

Name:
Title:

_____

Name:
Title:

4

**Species:** _Kudu ( 22 )_  **Date:** _12/6/23_

# ACTION PLAN:
# NATURAL BRIDGE ZOO
## 5784 S Lee Hwy, Natural Bridge, VA 24578

After examining the above-named species of animal kept at Natural Bridge Zoo, I have determined that at least some of the individuals are not currently receiving adequate care and the following actions must be taken and maintained to bring their condition to an acceptable level. Whenever a time frame is referenced, it is calculated by counting calendar days from the date written above.

1. The following animals must be examined by a licensed veterinarian with experience in the species within two days. The veterinarian should provide the custodian with a written treatment plan to address any health concerns. The custodian must follow all recommendations in that plan and schedule follow-up visits as needed.

   a. _Foot Care_
   b. _Parasite check_
   c. _____
   d. _____
   e. _____

2. The custodian shall ensure that clean, fresh, potable water is available in sufficient volume, a drinkable temperature, and accessible to all animals at suitable intervals to maintain normal hydration for the age, species, condition, size, and type of the animals. Specifically, within one day, the custodian must:

   _- one water receptacle not working - repair_
   _____
   _____
   _____
   _____

3. The custodian shall ensure that all animals are given access to clean food appropriate for their species, age, and condition, provided in sufficient quantity and at suitable intervals to maintain each animal in good health. Specifically, within one day, the custodian must:

1

**Species:** _Rabbit (22)_          **Date:** _12/6/23_

_____

_____

_____

_____

_____

4. The custodian shall provide all animals with access to clean, safe shelter suitable for their species, age, condition, size, and type that also protects each animal from rain, sleet, snow, hail, direct sunlight, impairment of health, and the adverse effects of heat or cold. The shelter must be properly shaded and not readily conduct heat. It must have a windbreak at its entrance and bedding sufficient to protect the animal from cold and promote retention of body heat. Specifically, within seven days, the custodian must:

_____

_____

_____

_____

_____

5. The custodian must ensure that each animal has sufficient space in its enclosure to allow it to easily stand, sit, lie, turn about, and make all other normal body movements. If the animal is tethered, the tether must permit the above actions and be attached to the animal in a way that protects the animal from injury. The space must allow each animal to interact safely with other animals in the enclosure. Specifically, within three days, the custodian must:

_____

_____

_____

_____

_____

**Species:** _Ruth (22)_    **Date:** _12/6/23_

6. The custodian must provide each animal with the opportunity for the animal to move sufficiently to maintain normal muscle tone and mass for the age, species, size, and condition of the animal. Specifically, within three days, the custodian must:

_____

_____

_____

_____

_____

7. The custodian must, in general, practice good animal husbandry in the handling, production, management, confinement, protection, transportation, and treatment of each animal in a manner that is appropriate for the age, species, condition, size, and type of the animal. Specifically, within one day, the custodian must:

_____ Needs enrichment _____

_____

_____

_____

_____

This action plan has been provided to the primary custodian for these animals. Failure to follow this plan or any written plan provided by a veterinarian utilized by the custodian should be viewed as a willful act. Animal Control Officers should closely monitor Natural Bridge Zoo to ensure compliance with these requirements and the custodian is hereby notified that further action may be taken against him if these improvements are not made promptly.

Recommending Expert/Veterinarian

Name: _Samitha Moffa_
Title: _Vet_

3

**Species:** _____                    **Date:** _____

Primary Custodian(s)

_____
Name: 
Title:

_____
Name:
Title:

4

**Species:** _Kuvus tyger (biaine_   **Date:** _12/6/23_

# ACTION PLAN:
# NATURAL BRIDGE ZOO
# 5784 S Lee Hwy, Natural Bridge, VA 24578

After examining the above-named species of animal kept at Natural Bridge Zoo, I have determined that at least some of the individuals are not currently receiving adequate care and the following actions must be taken and maintained to bring their condition to an acceptable level. Whenever a time frame is referenced, it is calculated by counting calendar days from the date written above.

1. The following animals must be examined by a licensed veterinarian with experience in the species within two days. The veterinarian should provide the custodian with a written treatment plan to address any health concerns. The custodian must follow all recommendations in that plan and schedule follow-up visits as needed.

   a. _Parasite check_
   b. _____
   c. _____
   d. _____
   e. _____

2. The custodian shall ensure that clean, fresh, potable water is available in sufficient volume, a drinkable temperature, and accessible to all animals at suitable intervals to maintain normal hydration for the age, species, condition, size, and type of the animals. Specifically, within one day, the custodian must:

   _____
   _____
   _____
   _____
   _____

3. The custodian shall ensure that all animals are given access to clean food appropriate for their species, age, and condition, provided in sufficient quantity and at suitable intervals to maintain each animal in good health. Specifically, within one day, the custodian must:

1

**Species:** _Kulvas type canine_       **Date:** _12/6/23_

_(blank lines)_

4. The custodian shall provide all animals with access to clean, safe shelter suitable for their species, age, condition, size, and type that also protects each animal from rain, sleet, snow, hail, direct sunlight, impairment of health, and the adverse effects of heat or cold. The shelter must be properly shaded and not readily conduct heat. It must have a windbreak at its entrance and bedding sufficient to protect the animal from cold and promote retention of body heat. Specifically, within seven days, the custodian must:

   - needs wind break
   - needs larger kennel - Stepping on feces + urine
   - needs more bedding

5. The custodian must ensure that each animal has sufficient space in its enclosure to allow it to easily stand, sit, lie, turn about, and make all other normal body movements. If the animal is tethered, the tether must permit the above actions and be attached to the animal in a way that protects the animal from injury. The space must allow each animal to interact safely with other animals in the enclosure. Specifically, within three days, the custodian must:

   - needs more space for exercise

**Species:** _Kuvas type Canine_  **Date:** _12/6/23_

6. The custodian must provide each animal with the opportunity for the animal to move sufficiently to maintain normal muscle tone and mass for the age, species, size, and condition of the animal. Specifically, within three days, the custodian must:

_need space for exercise_

7. The custodian must, in general, practice good animal husbandry in the handling, production, management, confinement, protection, transportation, and treatment of each animal in a manner that is appropriate for the age, species, condition, size, and type of the animal. Specifically, within one day, the custodian must:

_needs enrichment_

This action plan has been provided to the primary custodian for these animals. Failure to follow this plan or any written plan provided by a veterinarian utilized by the custodian should be viewed as a willful act. Animal Control Officers should closely monitor Natural Bridge Zoo to ensure compliance with these requirements and the custodian is hereby notified that further action may be taken against him if these improvements are not made promptly.

Recommending Expert/Veterinarian

Name: _Annett Wolff_
Title: _Vet_

3

**Species:** _____          **Date:** _____

<u>Primary Custodian(s)</u>

_____
Name:
Title:

_____
Name:
Title:

4

**Species: Amazon Parrots**                    **Date: 12/07/2023**

# ACTION PLAN:
# NATURAL BRIDGE ZOO
# 5784 S Lee Hwy, Natural Bridge, VA 24578

After examining the above-named species of animal kept at Natural Bridge Zoo, I have determined that at least some of the individuals are not currently receiving adequate care and the following actions must be taken and maintained to bring their condition to an acceptable level. Whenever a time frame is referenced, it is calculated by counting calendar days from the date written above.

1. The following animals must be examined by a licensed veterinarian with experience in the species within two days. The veterinarian should provide the custodian with a written treatment plan to address any health concerns. The custodian must follow all recommendations in that plan and schedule follow-up visits as needed.

   - *A veterinarian should determined the cause of biliverdinuria*
   - *A veterinarian should determined the cause of overgrown beaks and nails*

2. The custodian shall ensure that clean, fresh, potable water is available in sufficient volume, a drinkable temperature, and accessible to all animals at suitable intervals to maintain normal hydration for the age, species, condition, size, and type of the animals. Specifically, within one day, the custodian must:

   - *Provide water at different heights and locations within the enclosure*
   - *Provide enough water bowls to prevent aggression and competition*
   - *Water bowls should be cleaned daily*

3. The custodian shall ensure that all animals are given access to clean food appropriate for their species, age, and condition, provided in sufficient quantity and at suitable intervals to maintain each animal in good health. Specifically, within one day, the custodian must:

   - *Offer a high quality formulated or pellet diet daily*
   - *Offer a variety of fresh fruits and vegetables daily*
   - *Seeds should not be more than 10% of their daily diet*
   - *Prevent or avoid feeding high fat seeds such as sunflower seed*
   - *Food should be offered, providing enough bowls to prevent aggression and competition*

1

**Species: Amazon Parrots**                    **Date: 12/07/2023**

- *Provide food at different heights and locations within the enclosure*
- *Food bowls should be cleaned daily*

4. The custodian shall provide all animals with access to clean, safe shelter suitable for their species, age, condition, size, and type that also protects each animal from rain, sleet, snow, hail, direct sunlight, impairment of health, and the adverse effects of heat or cold. The shelter must be properly shaded and not readily conduct heat. It must have a windbreak at its entrance and bedding sufficient to protect the animal from cold and promote retention of body heat. Specifically, within seven days, the custodian must:

- *The shelter should provide different size, texture, and thickness of perches*
- *Perches should be at different heights within the shelter*
- *Heat should be provided in multiple sites of the shelter to prevent competition and aggression*
- *Heat lamps and artificial lights should allow a natural photoperiod of at least 10-12hrs of light and 12-14 hrs of darkness*
- *If not expose to sunlight, ultraviolet lighting should be provided*

5. The custodian must ensure that each animal has sufficient space in its enclosure to allow it to easily stand, sit, lie, turn about, and make all other normal body movements. If the animal is tethered, the tether must permit the above actions and be attached to the animal in a way that protects the animal from injury. The space must allow each animal to interact safely with other animals in the enclosure. Specifically, within three days, the custodian must:

- *The enclosure should provide different size, texture, and thickness of perches*
- *Perches should be at different heights within the enclosure*
- *Heat should be provided in multiple sites of the enclosure to prevent competition and aggression*
- *Heat lamps and artificial lights should allow a natural photoperiod of at least 10-12hrs of light and 12-14 hrs of darkness*
- *If not expose to sunlight, ultraviolet lighting should be provided*

**Species: Amazon Parrots**                    **Date: 12/07/2023**

- *Provide sufficient hiding places to prevent competition and aggression*
- *Enclosure should be made of non-galvanized metal*
- *The dimensions of the enclosure must be enough to allow ALL individuals to fly and have sufficient exercise*

6. The custodian must provide each animal with the opportunity for the animal to move sufficiently to maintain normal muscle tone and mass for the age, species, size, and condition of the animal. Specifically, within three days, the custodian must:

- *Foraging and enrichment elements should be sufficient to allow all individuals to interact with them*
- *Toys, foraging, and enrichment elements should be distributed at different heights and locations within the enclosure*

7. The custodian must, in general, practice good animal husbandry in the handling, production, management, confinement, protection, transportation, and treatment of each animal in a manner that is appropriate for the age, species, condition, size, and type of the animal. Specifically, within one day, the custodian must:

- *Have an enrichment program*
- *Provide the enclosure with enough ventilation and airflow to prevent the accumulation of ammonia*
- *Clean daily feces and food residues from the enclosure*
- *Prevent any sharp surfaces, materials, or exposed wires to prevent injuries*
- *Provide bathing stations*
- *Have a double door system to prevent escapes*
- *Have a pest control program that will prevent rodents and wild birds having direct contact with the animals*

This action plan has been provided to the primary custodian for these animals. Failure to follow this plan or any written plan provided by a veterinarian utilized by the custodian should

3

**Species: Amazon Parrots**                    **Date: 12/07/2023**

be viewed as a willful act. Animal Control Officers should closely monitor Natural Bridge Zoo to ensure compliance with these requirements and the custodian is hereby notified that further action may be taken against him if these improvements are not made promptly.

<u>Recommending Expert/Veterinarian</u>

_____

Name: Ernesto Dominguez, DVM, DACVPM

Title: Veterinarian

<u>Primary Custodian(s)</u>

_____

Name:

Title:

_____

Name:

Title:

4

**Species: Bengal Tiger**                    **Date: 12/07/2023**

# ACTION PLAN:
# NATURAL BRIDGE ZOO
# 5784 S Lee Hwy, Natural Bridge, VA 24578

After examining the above-named species of animal kept at Natural Bridge Zoo, I have determined that at least some of the individuals are not currently receiving adequate care and the following actions must be taken and maintained to bring their condition to an acceptable level. Whenever a time frame is referenced, it is calculated by counting calendar days from the date written above.

1. The custodian shall ensure that clean, fresh, potable water is available in sufficient volume, a drinkable temperature, and accessible to all animals at suitable intervals to maintain normal hydration for the age, species, condition, size, and type of the animals. Specifically, within one day, the custodian must:

    - *Make sure that the animals have access to adequate water in the indoor and outdoor enclosure.*

2. The custodian shall ensure that all animals are given access to clean food appropriate for their species, age, and condition, provided in sufficient quantity and at suitable intervals to maintain each animal in good health. Specifically, within one day, the custodian must:

    - *Offer food in the indoor and outdoor enclosure*
    - *Provide a diet of a mix of muscle meat, whole prey, bones, and chunk meat, as recommended for other carnivores and felids by the Association of Zoo and aquariums*
    - *Diet should be supplemented with calcium and vitamins*

3. The custodian shall provide all animals with access to clean, safe shelter suitable for their species, age, condition, size, and type that also protects each animal from rain, sleet, snow, hail, direct sunlight, impairment of health, and the adverse effects of heat or cold. The shelter must be properly shaded and not readily conduct heat. It must have a windbreak at its entrance and bedding sufficient to protect the animal from cold and promote retention of body heat. Specifically, within seven days, the custodian must:

    - *_ Must allow the animal at all times to have access to the indoor enclosure*

1

**Species: Bengal Tiger**                              **Date: 12/07/2023**

4. The custodian must, in general, practice good animal husbandry in the handling, production, management, confinement, protection, transportation, and treatment of each animal in a manner that is appropriate for the age, species, condition, size, and type of the animal. Specifically, within one day, the custodian must:

- *ALL gates, doors, and guillotines should have locks.*
- *ALL gates, doors, and guillotines should be locked at all times*
- *A system of keeper labels on entrances and shift doors will help ensure that staff does not enter animal enclosures while animals are present.*

This action plan has been provided to the primary custodian for these animals. Failure to follow this plan or any written plan provided by a veterinarian utilized by the custodian should be viewed as a willful act. Animal Control Officers should closely monitor Natural Bridge Zoo to ensure compliance with these requirements and the custodian is hereby notified that further action may be taken against him if these improvements are not made promptly.

Recommending Expert/Veterinarian

Name: Ernesto Dominguez, DVM, DACVPM
Title: Veterinarian

Primary Custodian(s)

Name:
Title:

Name:
Title:

**Species: Bengal Tiger**                    **Date: 12/07/2023**

**Species: Brown Tufted Capuchin**                    **Date: 12/07/2023**

# ACTION PLAN:
# NATURAL BRIDGE ZOO
# 5784 S Lee Hwy, Natural Bridge, VA 24578

After examining the above-named species of animal kept at Natural Bridge Zoo, I have determined that at least some of the individuals are not currently receiving adequate care and the following actions must be taken and maintained to bring their condition to an acceptable level. Whenever a time frame is referenced, it is calculated by counting calendar days from the date written above.

1. The following animals must be examined by a licensed veterinarian with experience in the species within two days. The veterinarian should provide the custodian with a written treatment plan to address any health concerns. The custodian must follow all recommendations in that plan and schedule follow-up visits as needed.

   - *All animals with skin lesions*
   - *All animals with teeth issues*
   - *All animals with diarrhea or soft stools*
   - *All animals showing any signs of limping or lameness*

2. The custodian shall ensure that clean, fresh, potable water is available in sufficient volume, a drinkable temperature, and accessible to all animals at suitable intervals to maintain normal hydration for the age, species, condition, size, and type of the animals. Specifically, within one day, the custodian must:

   - *Make sure that the animals have access to adequate water in the indoor and outdoor enclosure.*
   - *Multiple water areas should be provided to reduce social tension in the outdoor and indoor enclosure*

3. The custodian shall ensure that all animals are given access to clean food appropriate for their species, age, and condition, provided in sufficient quantity and at suitable intervals to maintain each animal in good health. Specifically, within one day, the custodian must:

   - *Make sure that the animals have access to adequate food in the indoor and outdoor enclosure.*

1

**Species: Brown Tufted Capuchin**                    **Date: 12/07/2023**

- *One elevated feeding platform for each adult in the group in the outdoor area*
- *Adequated diet that includes: commercial primate diet, fresh fruits and vegetables, insects ( mealworms, crickets)*
- *Capuchins not being fed commercial monkey chow should be supplemented with fruits that are high in vitamin C such as citrus fruits (lime, lemon, orange, grapefruit)*

4. The custodian shall provide all animals with access to clean, safe shelter suitable for their species, age, condition, size, and type that also protects each animal from rain, sleet, snow, hail, direct sunlight, impairment of health, and the adverse effects of heat or cold. The shelter must be properly shaded and not readily conduct heat. It must have a windbreak at its entrance and bedding sufficient to protect the animal from cold and promote retention of body heat. Specifically, within seven days, the custodian must:

- *Sitting or sleeping perches at least 2 metres above the ground and of sufficient number to allow each adult animal to be by itself but also to allow for more than one animal to sit for mutual grooming etc.*

5. The custodian must ensure that each animal has sufficient space in its enclosure to allow it to easily stand, sit, lie, turn about, and make all other normal body movements. If the animal is tethered, the tether must permit the above actions and be attached to the animal in a way that protects the animal from injury. The space must allow each animal to interact safely with other animals in the enclosure. Specifically, within three days, the custodian must:

- *At least 4 horizontal pathways in upper half of the exhibit of a mixture of flexible and rigid materials and of appropriate diameter for the animal to move along.*
- *At least 4 vertical pathways in the upper half of the exhibit, of a mixture of flexible and rigid materials such as ropes, bamboo or tree limbs.*

6. The custodian must provide each animal with the opportunity for the animal to move sufficiently to maintain normal muscle tone and mass for the age, species, size, and condition of the animal. Specifically, within three days, the custodian must:

2

**Species: Brown Tufted Capuchin**                    **Date: 12/07/2023**

- *At least 4 horizontal pathways in upper half of the exhibit of a mixture of flexible and rigid materials and of appropriate diameter for the animal to move along.*
- *At least 4 vertical pathways in the upper half of the exhibit, of a mixture of flexible and rigid materials such as ropes, bamboo or tree limbs.*

7. The custodian must, in general, practice good animal husbandry in the handling, production, management, confinement, protection, transportation, and treatment of each animal in a manner that is appropriate for the age, species, condition, size, and type of the animal. Specifically, within one day, the custodian must:

- *Increased the amount of enrichment and enclosure elements. Examples of furnishings used in captive exhibits:*
- *A suspended plastic pipe with holes in it.*
- *Plenty of ropes with varying tension.*
- *Shade cloths*
- *Suspended baskets*
- *hanging tyres*
- *hanging screens*
- *PVC pipes*
- *Swings*
- *crates*
- *plastic mats*
- *firehose*
- *Capuchins are arboreal quadrapudalists that locomote on surfaces which are vertical and horizontal, but mostly oblique. Therefore, Capuchins should be provided with oblique structures in addition to the more obvious horizontal and vertical ones. The size and flexibility of such structures should be selected in order to provide wide variety.*

3

**Species: Brown Tufted Capuchin**                    **Date: 12/07/2023**

This action plan has been provided to the primary custodian for these animals. Failure to follow this plan or any written plan provided by a veterinarian utilized by the custodian should be viewed as a willful act. Animal Control Officers should closely monitor Natural Bridge Zoo to ensure compliance with these requirements and the custodian is hereby notified that further action may be taken against him if these improvements are not made promptly.

Recommending Expert/Veterinarian

Name: Ernesto Dominguez, DVM, DACVPM
Title: Veterinarian

Primary Custodian(s)

Name:
Title:

Name:
Title:

4

**Species: Cassowary**                    **Date: 12/07/2023_____**

# ACTION PLAN:
# NATURAL BRIDGE ZOO
## 5784 S Lee Hwy, Natural Bridge, VA 24578

After examining the above-named species of animal kept at Natural Bridge Zoo, I have determined that at least some of the individuals are not currently receiving adequate care and the following actions must be taken and maintained to bring their condition to an acceptable level. Whenever a time frame is referenced, it is calculated by counting calendar days from the date written above.

1. The following animals must be examined by a licensed veterinarian with experience in the species within two days. The veterinarian should provide the custodian with a written treatment plan to address any health concerns. The custodian must follow all recommendations in that plan and schedule follow-up visits as needed.

   - *The veterinarian should determined the cause of liquid or soft feces in all animals*
   - *The veterinarian should determined the cause of undigested food in the feces*
   - *The veterinarian should determined the cause of biliverdinuria*

2. The custodian shall ensure that clean, fresh, potable water is available in sufficient volume, a drinkable temperature, and accessible to all animals at suitable intervals to maintain normal hydration for the age, species, condition, size, and type of the animals. Specifically, within one day, the custodian must:

   - *Clean water daily*

3. The custodian shall ensure that all animals are given access to clean food appropriate for their species, age, and condition, provided in sufficient quantity and at suitable intervals to maintain each animal in good health. Specifically, within one day, the custodian must:

   - *Provide food daily to all individuals, unless medically contraindicated*
   - *Diet should be provided en clean receptacles*

4. The custodian shall provide all animals with access to clean, safe shelter suitable for their species, age, condition, size, and type that also protects each animal from rain,

1

**Species: Cassowary**                    **Date: 12/07/2023**_____

sleet, snow, hail, direct sunlight, impairment of health, and the adverse effects of heat or cold. The shelter must be properly shaded and not readily conduct heat. It must have a windbreak at its entrance and bedding sufficient to protect the animal from cold and promote retention of body heat. Specifically, within seven days, the custodian must:

- *Adequate shelter should have a minimum size of 30 x 20 ft per individual*
- *Shelter should provide a range temperature between  50-70 F*

5.  The custodian must ensure that each animal has sufficient space in its enclosure to allow it to easily stand, sit, lie, turn about, and make all other normal body movements. If the animal is tethered, the tether must permit the above actions and be attached to the animal in a way that protects the animal from injury. The space must allow each animal to interact safely with other animals in the enclosure. Specifically, within three days, the custodian must:

- *The enclosure should have a minimum space of 60 x 40 ft per individual*

6.  The custodian must, in general, practice good animal husbandry in the handling, production, management, confinement, protection, transportation, and treatment of each animal in a manner that is appropriate for the age, species, condition, size, and type of the animal. Specifically, within one day, the custodian must:

- *All gates and access should be locked*
- *The fence containing the animals should be at least 6 ft in height*
- *Support posts, rails, stays and straining wires for fencing should be on the outside of the enclosure barrier*
- *All locking devices should indicate when gates and doors are locked or unlocked/open or closed.*
- *All enclosures should be free of exposed or sharp edges or wire.*

2

**Species: Cassowary**                    **Date: 12/07/2023**_____

This action plan has been provided to the primary custodian for these animals. Failure to follow this plan or any written plan provided by a veterinarian utilized by the custodian should be viewed as a willful act. Animal Control Officers should closely monitor Natural Bridge Zoo to ensure compliance with these requirements and the custodian is hereby notified that further action may be taken against him if these improvements are not made promptly.

Recommending Expert/Veterinarian

_____

Name: Ernesto Dominguez, DVM, DACVPM
Title: Veterinarian

Primary Custodian(s)

_____

Name:
Title:

_____

Name:
Title:

3

**Species: African Crested Porcupine**                     **Date: 12/07/2023**

# ACTION PLAN:
# NATURAL BRIDGE ZOO
# 5784 S Lee Hwy, Natural Bridge, VA 24578

After examining the above-named species of animal kept at Natural Bridge Zoo, I have determined that at least some of the individuals are not currently receiving adequate care and the following actions must be taken and maintained to bring their condition to an acceptable level. Whenever a time frame is referenced, it is calculated by counting calendar days from the date written above.

1. The custodian shall ensure that clean, fresh, potable water is available in sufficient volume, a drinkable temperature, and accessible to all animals at suitable intervals to maintain normal hydration for the age, species, condition, size, and type of the animals. Specifically, within one day, the custodian must:

   - *Fresh water must always be available. It should be provided in containers that are heavy enough to prevent spilling, and made of a material that resists chewing*
   - *All water containers must be cleaned daily and disinfected on a regular basis.*

2. The custodian shall ensure that all animals are given access to clean food appropriate for their species, age, and condition, provided in sufficient quantity and at suitable intervals to maintain each animal in good health. Specifically, within one day, the custodian must:

   - *Food may be scattered throughout the exhibit for enrichment*
   - *They should be fed a diet including a variety of the following: Rodent Chow, Monkey Chow, Leafeater biscuits, fruits, vegetables and browse*

3. The custodian shall provide all animals with access to clean, safe shelter suitable for their species, age, condition, size, and type that also protects each animal from rain, sleet, snow, hail, direct sunlight, impairment of health, and the adverse effects of heat or cold. The shelter must be properly shaded and not readily conduct heat. It must have a windbreak at its entrance and bedding sufficient to protect the animal from cold and promote retention of body heat. Specifically, within seven days, the custodian must:

1

**Species: African Crested Porcupine**                 **Date: 12/07/2023**

- *They should be housed within a temperature range of 55 – 80  F.*
- *At a temperatures below 55, they need access to shelter that allows them to remain dry, warm and free of drafts.*
- *Enclosure should be at least 10'x8'x6' high*

4. The custodian must ensure that each animal has sufficient space in its enclosure to allow it to easily stand, sit, lie, turn about, and make all other normal body movements. If the animal is tethered, the tether must permit the above actions and be attached to the animal in a way that protects the animal from injury. The space must allow each animal to interact safely with other animals in the enclosure. Specifically, within three days, the custodian must:

- *Protect the enclosure from pests and predators*

5. The custodian must, in general, practice good animal husbandry in the handling, production, management, confinement, protection, transportation, and treatment of each animal in a manner that is appropriate for the age, species, condition, size, and type of the animal. Specifically, within one day, the custodian must:

- *Allow the animal to engage in natural borrowing behavior*
- *Add ate least two more hollow logs for enrichment*

This action plan has been provided to the primary custodian for these animals. Failure to follow this plan or any written plan provided by a veterinarian utilized by the custodian should be viewed as a willful act. Animal Control Officers should closely monitor Natural Bridge Zoo to ensure compliance with these requirements and the custodian is hereby notified that further action may be taken against him if these improvements are not made promptly.

Recommending Expert/Veterinarian

Name: Ernesto Dominguez, DVM, DACVPM
Title: Veterinarian

Primary Custodian(s)

2

**Species: African Crested Porcupine**                **Date: 12/07/2023**

Name:
Title:

Name:
Title:

**Species: De Brazza Monkeys**                    **Date:12/07/2023**

# ACTION PLAN:
# NATURAL BRIDGE ZOO
# 5784 S Lee Hwy, Natural Bridge, VA 24578

After examining the above-named species of animal kept at Natural Bridge Zoo, I have determined that at least some of the individuals are not currently receiving adequate care and the following actions must be taken and maintained to bring their condition to an acceptable level. Whenever a time frame is referenced, it is calculated by counting calendar days from the date written above.

1. The custodian shall ensure that clean, fresh, potable water is available in sufficient volume, a drinkable temperature, and accessible to all animals at suitable intervals to maintain normal hydration for the age, species, condition, size, and type of the animals. Specifically, within one day, the custodian must:

   - *_Make sure that the animals have access to adequate water in the indoor and outdoor enclosure.*
   - *Multiple water areas should be provided to reduce social tension in the outdoor and indoor enclosure*

2. The custodian shall ensure that all animals are given access to clean food appropriate for their species, age, and condition, provided in sufficient quantity and at suitable intervals to maintain each animal in good health. Specifically, within one day, the custodian must:

   - *Browse should be provided daily. Nuts and seeds should be used sparingly as a form of enrichment (20% of the diet)*
   - *A commercially produced primate pellet should constitute 40% of the dry matter of the diet.*
   - *The diet should consist in green vegetables (20%) fruit (5-10%), root vegetables (10%), invertebrates (5%)*

3. The custodian shall provide all animals with access to clean, safe shelter suitable for their species, age, condition, size, and type that also protects each animal from rain, sleet, snow, hail, direct sunlight, impairment of health, and the adverse effects of heat or cold. The shelter must be properly shaded and not readily conduct heat. It must have a windbreak at its entrance and bedding sufficient to protect the animal from

1

**Species: De Brazza Monkeys**                     **Date:12/07/2023**

cold and promote retention of body heat. Specifically, within seven days, the custodian must:

- ***Indoor enclosures should include visual barriers to allow animals to separate from co- specifics.***
- ***Indoor enclosure temperature should be mantain between 60-70 F***

4. The custodian must ensure that each animal has sufficient space in its enclosure to allow it to easily stand, sit, lie, turn about, and make all other normal body movements. If the animal is tethered, the tether must permit the above actions and be attached to the animal in a way that protects the animal from injury. The space must allow each animal to interact safely with other animals in the enclosure. Specifically, within three days, the custodian must:

- ***At least two shelter areas should be provided for a group of 8 De Brazzas monkeys, with multiple access and exit routes accessible at all times.***
- 

This action plan has been provided to the primary custodian for these animals. Failure to follow this plan or any written plan provided by a veterinarian utilized by the custodian should be viewed as a willful act. Animal Control Officers should closely monitor Natural Bridge Zoo to ensure compliance with these requirements and the custodian is hereby notified that further action may be taken against him if these improvements are not made promptly.

Recommending Expert/Veterinarian

Name: Ernesto Dominguez, DVM, DACVPM
Title: Veterinarian

2

**Species: De Brazza Monkeys**                    **Date:12/07/2023**

Primary Custodian(s)

_____

Name:
Title:


_____

Name:
Title:

3

**Species: Eurasian Lynx**                    **Date: 12/06/2023**

# ACTION PLAN:
# NATURAL BRIDGE ZOO
# 5784 S Lee Hwy, Natural Bridge, VA 24578

After examining the above-named species of animal kept at Natural Bridge Zoo, I have determined that at least some of the individuals are not currently receiving adequate care and the following actions must be taken and maintained to bring their condition to an acceptable level. Whenever a time frame is referenced, it is calculated by counting calendar days from the date written above.

1.  The custodian shall ensure that clean, fresh, potable water is available in sufficient volume, a drinkable temperature, and accessible to all animals at suitable intervals to maintain normal hydration for the age, species, condition, size, and type of the animals. Specifically, within one day, the custodian must:

    - *Make sure that the animals have access to adequate water in the indoor and outdoor enclosure.*

2.  The custodian shall ensure that all animals are given access to clean food appropriate for their species, age, and condition, provided in sufficient quantity and at suitable intervals to maintain each animal in good health. Specifically, within one day, the custodian must:

    - *Offer food in the indoor and outdoor enclosure*
    - *Provide  a diet of a mix of muscle meat, whole prey, bones, and chunk meat, as recommended for other carnivores and felids by the Association of Zoo and aquariums*
    - *Diet should be supplemented with calcium and vitamins*

3.  The custodian shall provide all animals with access to clean, safe shelter suitable for their species, age, condition, size, and type that also protects each animal from rain, sleet, snow, hail, direct sunlight, impairment of health, and the adverse effects of heat or cold. The shelter must be properly shaded and not readily conduct heat. It must have a windbreak at its entrance and bedding sufficient to protect the animal from cold and promote retention of body heat. Specifically, within seven days, the custodian must:

    - *Each individual should have its own resting box or platform, with sufficient bedding to keep it comfortable*

**Species: Eurasian Lynx**                    **Date: 12/06/2023**

4.  The custodian must provide each animal with the opportunity for the animal to move sufficiently to maintain normal muscle tone and mass for the age, species, size, and condition of the animal. Specifically, within three days, the custodian must:

    - ***Both the indoor and outdoor enclosures should promote the animals to exercise more, through enrichment, encouraging chasing behaviors***

    - 

This action plan has been provided to the primary custodian for these animals. Failure to follow this plan or any written plan provided by a veterinarian utilized by the custodian should be viewed as a willful act. Animal Control Officers should closely monitor Natural Bridge Zoo to ensure compliance with these requirements and the custodian is hereby notified that further action may be taken against him if these improvements are not made promptly.

Recommending Expert/Veterinarian

Name: Ernesto Dominguez, DVM, DACVPM
Title: Veterinarian

Primary Custodian(s)

Name:
Title:

Name:
Title:

2

**Species: Macaws**                    **Date: 12/07/2023**

# ACTION PLAN:
# NATURAL BRIDGE ZOO
# 5784 S Lee Hwy, Natural Bridge, VA 24578

After examining the above-named species of animal kept at Natural Bridge Zoo, I have determined that at least some of the individuals are not currently receiving adequate care and the following actions must be taken and maintained to bring their condition to an acceptable level. Whenever a time frame is referenced, it is calculated by counting calendar days from the date written above.

1.  The following animals must be examined by a licensed veterinarian with experience in the species within two days. The veterinarian should provide the custodian with a written treatment plan to address any health concerns. The custodian must follow all recommendations in that plan and schedule follow-up visits as needed.

    - *A veterinarian should determined the cause of feather loss and feather picking behavior*
    - *A veterinarian should determined the cause of biliverdinuria*

2.  The custodian shall ensure that clean, fresh, potable water is available in sufficient volume, a drinkable temperature, and accessible to all animals at suitable intervals to maintain normal hydration for the age, species, condition, size, and type of the animals. Specifically, within one day, the custodian must:

    - *Provide water at different heights and locations within the enclosure*
    - *Provide enough water bowls to prevent aggression and competition*
    - *Water bowls should be cleaned daily*

3.  The custodian shall ensure that all animals are given access to clean food appropriate for their species, age, and condition, provided in sufficient quantity and at suitable intervals to maintain each animal in good health. Specifically, within one day, the custodian must:

    - *Offer a high quality formulated or pellet diet daily*
    - *Offer a variety of fresh fruits and vegetables daily*
    - *Offer a variety of nuts*
    - *Seeds should not be more than 10% of their daily diet*
    - *Prevent or avoid feeding high fat seeds such as sunflower seed*

1

**Species: Macaws**                  **Date: 12/07/2023**

- *Food should be offered, providing enough bowls to prevent aggression and competition*
- *Provide food at different heights and locations within the enclosure*
- *Food bowls should be cleaned daily*

4. The custodian shall provide all animals with access to clean, safe shelter or hide box suitable for their species, age, condition, size, and type that also protects each animal from rain, sleet, snow, hail, direct sunlight, impairment of health, and the adverse effects of heat or cold. The shelter must be properly shaded and not readily conduct heat. It must have a windbreak at its entrance and bedding sufficient to protect the animal from cold and promote retention of body heat. Specifically, within seven days, the custodian must:

- *The shelter or hide box should have at least 4 inches of bedding or substrate material, such as pine shaves, paper base bedding, etc*
- *The minimum space of the shelter or hide box should be at least three times the Macaw's own body length in height and one body length in in width and depth*
- *Heat should be provided in multiple sites of the shelter to prevent competition and aggression*
- *Heat lamps and artificial lights should allow a natural photoperiod of at least 10-12hrs of light and 12-14 hrs of darkness*
- *If not expose to sunlight, ultraviolet lighting should be provided*

5. The custodian must ensure that each animal has sufficient space in its enclosure to allow it to easily stand, sit, lie, turn about, and make all other normal body movements. If the animal is tethered, the tether must permit the above actions and be attached to the animal in a way that protects the animal from injury. The space must allow each animal to interact safely with other animals in the enclosure. Specifically, within three days, the custodian must:

- *The enclosure should provide different size, texture, and thickness of perches*
- *Perches should be at different heights within the enclosure*
- *Heat should be provided in multiple sites of the enclosure to prevent competition and aggression*

2

**Species: Macaws**         **Date: 12/07/2023**

- *Heat lamps and artificial lights should allow a natural photoperiod of at least 10-12hrs of light and 12-14 hrs of darkness*
- *If not expose to sunlight, ultraviolet lighting should be provided*
- *Provide sufficient hiding places to prevent competition and aggression*
- *Enclosure should be made of non-galvanized metal*
- *The dimensions of the enclosure must be enough to allow ALL individuals to fly and have sufficient exercise*

6. The custodian must provide each animal with the opportunity for the animal to move sufficiently to maintain normal muscle tone and mass for the age, species, size, and condition of the animal. Specifically, within three days, the custodian must:

   - *Foraging and enrichment elements should be sufficient to allow all individuals to interact with them*
   - *Toys, foraging, and enrichment elements should be distributed at different heights and locations within the enclosure*

7. The custodian must, in general, practice good animal husbandry in the handling, production, management, confinement, protection, transportation, and treatment of each animal in a manner that is appropriate for the age, species, condition, size, and type of the animal. Specifically, within one day, the custodian must:

   - *Have an enrichment program*
   - *Provide the enclosure with enough ventilation and airflow to prevent the accumulation of ammonia*
   - *Clean daily feces and food residues from the enclosure*
   - *Prevent any sharp surfaces, materials, or exposed wires to prevent injuries*
   - *Have a pest control program that will prevent rodents and wild birds having direct contact with the animals*

3

**Species: Macaws**                    **Date: 12/07/2023**

This action plan has been provided to the primary custodian for these animals. Failure to follow this plan or any written plan provided by a veterinarian utilized by the custodian should be viewed as a willful act. Animal Control Officers should closely monitor Natural Bridge Zoo to ensure compliance with these requirements and the custodian is hereby notified that further action may be taken against him if these improvements are not made promptly.

Recommending Expert/Veterinarian

_____
Name: Ernesto Dominguez, DVM, DACVPM
Title: Veterinarian

Primary Custodian(s)

_____
Name:
Title:

_____
Name:
Title:

4

**Species: Mandrill**                                    **Date: 12/07/2023**

# ACTION PLAN:
# NATURAL BRIDGE ZOO
# 5784 S Lee Hwy, Natural Bridge, VA 24578

After examining the above-named species of animal kept at Natural Bridge Zoo, I have determined that at least some of the individuals are not currently receiving adequate care and the following actions must be taken and maintained to bring their condition to an acceptable level. Whenever a time frame is referenced, it is calculated by counting calendar days from the date written above.

1.  The custodian shall ensure that clean, fresh, potable water is available in sufficient volume, a drinkable temperature, and accessible to all animals at suitable intervals to maintain normal hydration for the age, species, condition, size, and type of the animals. Specifically, within one day, the custodian must:

    - *Make sure that the animals have access to adequate water in the indoor and outdoor enclosure.*
    - *Multiple water areas should be provided to reduce social tension*
    - 

2.  The custodian shall ensure that all animals are given access to clean food appropriate for their species, age, and condition, provided in sufficient quantity and at suitable intervals to maintain each animal in good health. Specifically, within one day, the custodian must:

    - *Diet should be offer in the outdoor and indoor areas*
    - *Diet should consists in a variety of greens (15%), roots (20-30%), Vegetables (30-40%), Fruits (no more than 10%), Formulated primate food (10-15%)*

3.  The custodian must ensure that each animal has sufficient space in its enclosure to allow it to easily stand, sit, lie, turn about, and make all other normal body movements. If the animal is tethered, the tether must permit the above actions and be attached to the animal in a way that protects the animal from injury. The space must allow each animal to interact safely with other animals in the enclosure. Specifically, within three days, the custodian must:

1

**Species: Mandrill**                              **Date: 12/07/2023**

- *The male mandrill should have daily access to an outdoor enclosure*

4. The custodian must provide each animal with the opportunity for the animal to move sufficiently to maintain normal muscle tone and mass for the age, species, size, and condition of the animal. Specifically, within three days, the custodian must:

  - *_ The male mandrill should have daily access to an outdoor enclosure*

5. The custodian must, in general, practice good animal husbandry in the handling, production, management, confinement, protection, transportation, and treatment of each animal in a manner that is appropriate for the age, species, condition, size, and type of the animal. Specifically, within one day, the custodian must:

  - *Holding areas should contain climbing structures that offer additional vertical space as well as visual barriers.*
  - *Fire hose can be used to increase vertical space, and items can be hung from the fire hose to increase visual barriers in the holding area.*
  - *Benches of various sizes will serve as sleeping sites.*
  - *ALL gates, doors, and guillotines should have locks.*
  - *ALL gates, doors, and guillotines should be locked at all times*
  - *A system of keeper labels on entrances and shift doors will help ensure that staff does not enter animal enclosures while animals are present.*

  This action plan has been provided to the primary custodian for these animals. Failure to follow this plan or any written plan provided by a veterinarian utilized by the custodian should be viewed as a willful act. Animal Control Officers should closely monitor Natural Bridge Zoo to ensure compliance with these requirements and the custodian is hereby notified that further action may be taken against him if these improvements are not made promptly.

Recommending Expert/Veterinarian

2

**Species: Mandrill**                    **Date: 12/07/2023**

Name: Ernesto Dominguez, DVM, DACVPM
Title: Veterinarian

Primary Custodian(s)

Name:
Title:

Name:
Title:

**Species: Parakeets**                    **Date: 12/07/2023**

# ACTION PLAN:
# NATURAL BRIDGE ZOO
## 5784 S Lee Hwy, Natural Bridge, VA 24578

After examining the above-named species of animal kept at Natural Bridge Zoo, I have determined that at least some of the individuals are not currently receiving adequate care and the following actions must be taken and maintained to bring their condition to an acceptable level. Whenever a time frame is referenced, it is calculated by counting calendar days from the date written above.

1. The custodian shall ensure that clean, fresh, potable water is available in sufficient volume, a drinkable temperature, and accessible to all animals at suitable intervals to maintain normal hydration for the age, species, condition, size, and type of the animals. Specifically, within one day, the custodian must:

   - *Provide water at different heights and locations within the enclosure and shelter*
   - *Provide enough water bowls to prevent aggression and competition*
   - *Water bowls should be cleaned daily*

2. The custodian shall ensure that all animals are given access to clean food appropriate for their species, age, and condition, provided in sufficient quantity and at suitable intervals to maintain each animal in good health. Specifically, within one day, the custodian must:

   - *Offer a high quality formulated or pellet diet daily*
   - *Offer a variety of seeds*
   - *Offer a variety of finely chopped fruits and vegetables*
   - *Food should be offered, providing enough bowls to prevent aggression and competition*
   - *Provide food at different heights and locations within the enclosure*
   - *Food bowls should be cleaned daily*

3. The custodian shall provide all animals with access to clean, safe shelter or hiding spaces suitable for their species, age, condition, size, and type that also protects each animal from rain, sleet, snow, hail, direct sunlight, impairment of health, and the adverse effects of heat or cold. The shelter must be properly shaded and not readily conduct heat. It must have a windbreak at its entrance and bedding sufficient to

1

**Species: Parakeets**                    **Date: 12/07/2023**

protect the animal from cold and promote retention of body heat. Specifically, within seven days, the custodian must:

- *The shelter should be big enough to house all the individuals*
- *The shelter should provide hiding places*
- *Artificial lights should allow a natural photoperiod of at least 10-12hrs of light and 12-14 hrs of darkness*
- *If not expose to sunlight, ultraviolet lighting should be provided*

4. The custodian must ensure that each animal has sufficient space in its enclosure to allow it to easily stand, sit, lie, turn about, and make all other normal body movements. If the animal is tethered, the tether must permit the above actions and be attached to the animal in a way that protects the animal from injury. The space must allow each animal to interact safely with other animals in the enclosure. Specifically, within three days, the custodian must:

- *The enclosure should provide different size, texture, and thickness of perches*
- *Perches should be at different heights within the enclosure*
- *Heat should be provided in multiple sites of the enclosure to prevent competition and aggression*
- *Provide sufficient hiding places to prevent competition and aggression*

5. The custodian must provide each animal with the opportunity for the animal to move sufficiently to maintain normal muscle tone and mass for the age, species, size, and condition of the animal. Specifically, within three days, the custodian must:

- *Foraging and enrichment elements should be sufficient to allow all individuals to interact with them*
- *Toys, foraging, and enrichment elements should be distributed at different heights and locations within the enclosure*

6. The custodian must, in general, practice good animal husbandry in the handling, production, management, confinement, protection, transportation, and treatment of

2

**Species: Parakeets**                         **Date: 12/07/2023**

each animal in a manner that is appropriate for the age, species, condition, size, and type of the animal. Specifically, within one day, the custodian must:

- ***Have an enrichment program***
- ***Provide the warm shelter with enough ventilation and airflow to prevent the accumulation of ammonia***
- ***Clean daily feces and food residues from the enclosure***
- ***Prevent any sharp surfaces, materials, or exposed wires to prevent injuries***
- ***Have a pest control program that will prevent rodents and wild birds having direct contact with the animals***

This action plan has been provided to the primary custodian for these animals. Failure to follow this plan or any written plan provided by a veterinarian utilized by the custodian should be viewed as a willful act. Animal Control Officers should closely monitor Natural Bridge Zoo to ensure compliance with these requirements and the custodian is hereby notified that further action may be taken against him if these improvements are not made promptly.

Recommending Expert/Veterinarian

Name: Ernesto Dominguez, DVM, DACVPM
Title: Veterinarian

Primary Custodian(s)

Name:
Title:

3

**Species: Parakeets**                    **Date: 12/07/2023**

_____
Name:
Title:

**Species: Puma**  **Date: 12/06/2023**

# ACTION PLAN:
# NATURAL BRIDGE ZOO
# 5784 S Lee Hwy, Natural Bridge, VA 24578

After examining the above-named species of animal kept at Natural Bridge Zoo, I have determined that at least some of the individuals are not currently receiving adequate care and the following actions must be taken and maintained to bring their condition to an acceptable level. Whenever a time frame is referenced, it is calculated by counting calendar days from the date written above.

1. The following animals must be examined by a licensed veterinarian with experience in the species within two days. The veterinarian should provide the custodian with a written treatment plan to address any health concerns. The custodian must follow all recommendations in that plan and schedule follow-up visits as needed.

   a. *All animals showing any signs of limping or lameness*

2. The custodian shall ensure that clean, fresh, potable water is available in sufficient volume, a drinkable temperature, and accessible to all animals at suitable intervals to maintain normal hydration for the age, species, condition, size, and type of the animals. Specifically, within one day, the custodian must:

   - *Make sure that the animals have access to adequate water in the indoor and outdoor enclosure.*

3. The custodian shall ensure that all animals are given access to clean food appropriate for their species, age, and condition, provided in sufficient quantity and at suitable intervals to maintain each animal in good health. Specifically, within one day, the custodian must:

   - *Offer food in the indoor and outdoor enclosure*
   - *Provide a diet of a mix of muscle meat, whole prey, bones, and chunk meat, as recommended for other carnivores and felids by the Association of Zoo and aquariums*
   - *Diet should be supplemented with calcium and vitamins*

4. The custodian shall provide all animals with access to clean, safe shelter suitable for their species, age, condition, size, and type that also protects each animal from rain, sleet, snow, hail, direct sunlight, impairment of health, and the adverse effects of heat or cold. The shelter must be properly shaded and not readily conduct heat. It must

**Species: Puma**                    **Date: 12/06/2023**

have a windbreak at its entrance and bedding sufficient to protect the animal from cold and promote retention of body heat. Specifically, within seven days, the custodian must:

- ***Each individual should have its own resting box or platform, with sufficient bedding to keep it comfortable***

This action plan has been provided to the primary custodian for these animals. Failure to follow this plan or any written plan provided by a veterinarian utilized by the custodian should be viewed as a willful act. Animal Control Officers should closely monitor Natural Bridge Zoo to ensure compliance with these requirements and the custodian is hereby notified that further action may be taken against him if these improvements are not made promptly.

Recommending Expert/Veterinarian

Name: Ernesto Dominguez, DVM, DACVPM
Title: Veterinarian

Primary Custodian(s)

Name:
Title:

Name:
Title:

**Species: Servals**            **Date:12/07/2023**

# ACTION PLAN:
# NATURAL BRIDGE ZOO
# 5784 S Lee Hwy, Natural Bridge, VA 24578

After examining the above-named species of animal kept at Natural Bridge Zoo, I have determined that at least some of the individuals are not currently receiving adequate care and the following actions must be taken and maintained to bring their condition to an acceptable level. Whenever a time frame is referenced, it is calculated by counting calendar days from the date written above.

1. The following animals must be examined by a licensed veterinarian with experience in the species within two days. The veterinarian should provide the custodian with a written treatment plan to address any health concerns. The custodian must follow all recommendations in that plan and schedule follow-up visits as needed.

   - ***All servals in the facility***

2. The custodian shall ensure that clean, fresh, potable water is available in sufficient volume, a drinkable temperature, and accessible to all animals at suitable intervals to maintain normal hydration for the age, species, condition, size, and type of the animals. Specifically, within one day, the custodian must:

   - ***All serval enclosures should provide water at a drinkable temperature, preventing it to freeze***

3. The custodian shall ensure that all animals are given access to clean food appropriate for their species, age, and condition, provided in sufficient quantity and at suitable intervals to maintain each animal in good health. Specifically, within one day, the custodian must:

   - ***__ Provide  a diet of a mix of muscle meat, whole prey, bones, and chunk meat, as recommended for other carnivores and felids by the Association of Zoo and aquariums***
   - ***Diet should be supplemented with calcium and vitamins***

4. The custodian shall provide all animals with access to clean, safe shelter suitable for their species, age, condition, size, and type that also protects each animal from rain, sleet, snow, hail, direct sunlight, impairment of health, and the adverse effects of heat or cold. The shelter must be properly shaded and not readily conduct heat. It must

1

**Species: Servals**                                      **Date:12/07/2023**

have a windbreak at its entrance and bedding sufficient to protect the animal from cold and promote retention of body heat. Specifically, within seven days, the custodian must:

- *Each off exhibit area must have a minimum surface area of 10 square metres per animal*

- 

5.  The custodian must ensure that each animal has sufficient space in its enclosure to allow it to easily stand, sit, lie, turn about, and make all other normal body movements. If the animal is tethered, the tether must permit the above actions and be attached to the animal in a way that protects the animal from injury. The space must allow each animal to interact safely with other animals in the enclosure. Specifically, within three days, the custodian must:

- *Each off exhibit area must have a minimum surface area of 10 square metres per animal*

6.  The custodian must provide each animal with the opportunity for the animal to move sufficiently to maintain normal muscle tone and mass for the age, species, size, and condition of the animal. Specifically, within three days, the custodian must:

- *The exhibit must include scratching posts or logs and climbing structures. The logs and structures must provide complexity allowing the animal to climb and hide. Climbing structures must be a minimum of 1.8 metres off the ground*

7.  The custodian must, in general, practice good animal husbandry in the handling, production, management, confinement, protection, transportation, and treatment of each animal in a manner that is appropriate for the age, species, condition, size, and type of the animal. Specifically, within one day, the custodian must:

- *___ ALL gates, doors, and guillotines should have locks.*
- *ALL gates, doors, and guillotines should be locked at all times*
- *A system of keeper labels on entrances and shift doors will help ensure that staff does not enter animal enclosures while animals are present.*

2

**Species: Servals**                    **Date:12/07/2023**

This action plan has been provided to the primary custodian for these animals. Failure to follow this plan or any written plan provided by a veterinarian utilized by the custodian should be viewed as a willful act. Animal Control Officers should closely monitor Natural Bridge Zoo to ensure compliance with these requirements and the custodian is hereby notified that further action may be taken against him if these improvements are not made promptly.

Recommending Expert/Veterinarian

Name: Ernesto Dominguez, DVM, DACVPM
Title: Veterinarian

Primary Custodian(s)

Name:
Title:

Name:
Title:

3

**Species: Sulfur Crested Cockatoo**                    **Date: 12/07/2023**

# ACTION PLAN:
# NATURAL BRIDGE ZOO
# 5784 S Lee Hwy, Natural Bridge, VA 24578

After examining the above-named species of animal kept at Natural Bridge Zoo, I have determined that at least some of the individuals are not currently receiving adequate care and the following actions must be taken and maintained to bring their condition to an acceptable level. Whenever a time frame is referenced, it is calculated by counting calendar days from the date written above.

1. The following animals must be examined by a licensed veterinarian with experience in the species within two days. The veterinarian should provide the custodian with a written treatment plan to address any health concerns. The custodian must follow all recommendations in that plan and schedule follow-up visits as needed.

   - *A veterinarian should determined the cause of feather loss and feather picking behavior*

2. The custodian shall ensure that clean, fresh, potable water is available in sufficient volume, a drinkable temperature, and accessible to all animals at suitable intervals to maintain normal hydration for the age, species, condition, size, and type of the animals. Specifically, within one day, the custodian must:

   - *Provide water at different heights and locations within the enclosure*
   - *Provide enough water bowls to prevent aggression and competition*
   - *Water bowls should be cleaned daily*

3. The custodian shall ensure that all animals are given access to clean food appropriate for their species, age, and condition, provided in sufficient quantity and at suitable intervals to maintain each animal in good health. Specifically, within one day, the custodian must:

   - *Offer a high quality formulated or pellet diet daily*
   - *Offer a variety of fresh fruits and vegetables daily*
   - *Seeds should not be more than 10% of their daily diet*
   - *Prevent or avoid feeding high fat seeds such as sunflower seed*
   - *Food should be offered, providing enough bowls to prevent aggression and competition*

1

**Species: Sulfur Crested Cockatoo**                    **Date: 12/07/2023**

- *Provide food at different heights and locations within the enclosure*
- *Food bowls should be cleaned daily*

4. The custodian shall provide all animals with access to clean, safe shelter suitable for their species, age, condition, size, and type that also protects each animal from rain, sleet, snow, hail, direct sunlight, impairment of health, and the adverse effects of heat or cold. The shelter must be properly shaded and not readily conduct heat. It must have a windbreak at its entrance and bedding sufficient to protect the animal from cold and promote retention of body heat. Specifically, within seven days, the custodian must:

- *The shelter should provide different size, texture, and thickness of perches*
- *Perches should be at different heights within the shelter*
- *Heat should be provided in multiple sites of the shelter to prevent competition and aggression*
- *Heat lamps and artificial lights should allow a natural photoperiod of at least 10-12hrs of light and 12-14 hrs of darkness*
- *If not expose to sunlight, ultraviolet lighting should be provided*

5. The custodian must ensure that each animal has sufficient space in its enclosure to allow it to easily stand, sit, lie, turn about, and make all other normal body movements. If the animal is tethered, the tether must permit the above actions and be attached to the animal in a way that protects the animal from injury. The space must allow each animal to interact safely with other animals in the enclosure. Specifically, within three days, the custodian must:

- *The enclosure should provide different size, texture, and thickness of perches*
- *Perches should be at different heights within the enclosure*
- *Heat should be provided in multiple sites of the enclosure to prevent competition and aggression*
- *Heat lamps and artificial lights should allow a natural photoperiod of at least 10-12hrs of light and 12-14 hrs of darkness*
- *If not expose to sunlight, ultraviolet lighting should be provided*

2

**Species: Sulfur Crested Cockatoo**                    **Date: 12/07/2023**

- *Provide sufficient hiding places to prevent competition and aggression*
- *Enclosure should be made of non-galvanized metal*
- *The dimensions of the enclosure must be enough to allow ALL individuals to fly and have sufficient exercise*

6. The custodian must provide each animal with the opportunity for the animal to move sufficiently to maintain normal muscle tone and mass for the age, species, size, and condition of the animal. Specifically, within three days, the custodian must:

    - *Foraging and enrichment elements should be sufficient to allow all individuals to interact with them*
    - *Toys, foraging, and enrichment elements should be distributed at different heights and locations within the enclosure*

7. The custodian must, in general, practice good animal husbandry in the handling, production, management, confinement, protection, transportation, and treatment of each animal in a manner that is appropriate for the age, species, condition, size, and type of the animal. Specifically, within one day, the custodian must:

    - *Have an enrichment program*
    - *Provide the enclosure with enough ventilation and airflow to prevent the accumulation of ammonia*
    - *Clean daily feces and food residues from the enclosure*
    - *Prevent any sharp surfaces, materials, or exposed wires to prevent injuries*
    - *Provide bathing stations*
    - *Have a double door system to prevent escapes*
    - *Have a pest control program that will prevent rodents and wild birds having direct contact with the animals*

This action plan has been provided to the primary custodian for these animals. Failure to follow this plan or any written plan provided by a veterinarian utilized by the custodian should

3

**Species: Sulfur Crested Cockatoo**                    **Date: 12/07/2023**

be viewed as a willful act. Animal Control Officers should closely monitor Natural Bridge Zoo
to ensure compliance with these requirements and the custodian is hereby notified that further
action may be taken against him if these improvements are not made promptly.

Recommending Expert/Veterinarian

_____

Name: Ernesto Dominguez, DVM,
DACVPM
Title: Veterinarian

Primary Custodian(s)

_____

Name:
Title:

_____

Name:
Title:

4

**Species: Tri-colored squirrels**                    **Date: 12/07/2023**

# ACTION PLAN:
# NATURAL BRIDGE ZOO
# 5784 S Lee Hwy, Natural Bridge, VA 24578

After examining the above-named species of animal kept at Natural Bridge Zoo, I have determined that at least some of the individuals are not currently receiving adequate care and the following actions must be taken and maintained to bring their condition to an acceptable level. Whenever a time frame is referenced, it is calculated by counting calendar days from the date written above.

1. The custodian shall ensure that clean, fresh, potable water is available in sufficient volume, a drinkable temperature, and accessible to all animals at suitable intervals to maintain normal hydration for the age, species, condition, size, and type of the animals. Specifically, within one day, the custodian must:

   - ***Ensure that ALL squirrels have access to water at ALL times***

2. The custodian shall provide all animals with access to clean, safe shelter suitable for their species, age, condition, size, and type that also protects each animal from rain, sleet, snow, hail, direct sunlight, impairment of health, and the adverse effects of heat or cold. The shelter must be properly shaded and not readily conduct heat. It must have a windbreak at its entrance and bedding sufficient to protect the animal from cold and promote retention of body heat. Specifically, within seven days, the custodian must:

   - ***Keep an environmental humidity between 60-80%***

This action plan has been provided to the primary custodian for these animals. Failure to follow this plan or any written plan provided by a veterinarian utilized by the custodian should be viewed as a willful act. Animal Control Officers should closely monitor Natural Bridge Zoo to ensure compliance with these requirements and the custodian is hereby notified that further action may be taken against him if these improvements are not made promptly.

Recommending Expert/Veterinarian

1

**Species: Tri-colored squirrels**                    **Date: 12/07/2023**

      Name: Ernesto Dominguez, DVM, DACVPM

      Title: Veterinarian


Primary Custodian(s)


_____

Name:

Title:


_____

Name:

Title:

2