IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| DEBORAH MOGENSEN AND KARL MOGENSEN, *Plaintiffs*, | |
| v. | **Case No. 6:23-cv-00077-NKM** |
| Michelle Welch, in her individual capacity and in her official capacity as the Senior Assistant Attorney General of Virginia and Director of the Animal Unit *Defendant*. | **JURY TRIAL DEMANDED** |

### DECLARATION OF MARIO WILLIAMS UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746

I, **MARIO WILLIAMS**, declare pursuant 28 U.S.C. § 1746 under penalty of perjury that the following is true and correct:

1.

My name is **MARIO WILLIAMS**, and I am older than 18 years of age, and I am sui juris and prepared to offer testimony in this case.

2.

I make this **DECLARATION** based upon my personal knowledge of its contents, and to the best of my knowledge everything contained in this **DECLARATION** is true.

3.

I am one of the principal attorneys for Karl and Deborah Mogensen in the above-styled case.

1

4.

My clients have had approximately 95 animals seized and the State of Virginia is pursuing a forfeiture hearing against the approximately 95 animals seized. (See Ex. 2 of Emergency TRO Motion of which this Declaration supports.)

5.

Defendant Welch represented to me that approximately seven veterinarian experts were on site during the search of my clients zoo and examining animals.

6.

Ms. Welch has sent over 2,000 documents to me.

7.

Ms. Welch represented that there may be seven banker boxes of discovery in this case.

8.

The 95 animals taken represent at least 16 different species and multiple experts are required to examine these animals.

9.

The 95 animals are not in one single location, a fact that requested the lawyers and experts and clients to travel to different locations.

10.

Ms. Welch represented to me that she does not believe I am entitled to depositions prior to the 10 day hearing and thus, according to her belief, my only opportunity to cross examine whomever she presents as an expert is at said hearing.

11.

Upon the filing of our emergency Motion for TRO, we will send a copy of this Motion to Ms. Welch on this day, 12/14/2023, requesting her to provide the attorney general with a copy while also mailing a copy, USPS tracking, to the Attorney General on 12/15/2023.

12.

At least one other lawyer who we want to retain for the case is not available for December 20, 2023.

FURTHER DECLARANT **MARIO WILLIAMS** SAYETH NOT

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of December 2023.

/S/ MARIO WILLIAMS
**Mario Williams**

3