# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

|  |  |
|---|---|
| **Deborah Mogensen, et al.** | Action No:   6:23CV00077 |
|  | Date:   December 18, 2023 |
| **vs.** | Judge:   Norman K. Moon |
|  | Court Reporter:   Mary Butenschoen |
| **Michelle Welch** | Deputy Clerk:   Carmen Amos |

Plaintiff Attorney(s)                          Defendant Attorney(s)

Mario B. Williams                              Erin R. McNeill

### LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:              DEFENDANT:

1.                                              1.

**PROCEEDINGS:**

Parties present via ZoomGov video-conference for a Status Conference in this matter regarding the Plainiff's pending Motion for Temporary Restraining Order (Dkt. 3).   Discussion by the parties and the Court.

The Court will permit further briefing by the parties before making its final ruling.

Time in Court:   1:01 – 2:00 p.m.   (59 minutes)