IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

DEBORAH MOGENSEN
AND KARL MOGENSEN,
     *Plaintiffs*,

v.

Michelle Welch , in her individual
capacity and in her official capacity
as the Senior Assistant Attorney
General of Virginia and
Director of the Animal Unit
     *Defendant*.

_____

Case No.  6:23-cv-00077-NKM

## **PLAINTIFFS' REQUEST FOR EXPEDITED RULING**

Plaintiffs request the following:

- After the Defendants file their response, on December 19, 2023, by 10 a.m., Plaintiffs request that this Court issue an expedited ruling so that if this Court denies Plaintiffs' Motion for TRO, Plaintiffs can seek relief from the  Fourth Circuit Court of Appeals (See Ex. 1, Draft of Appeal);

- If this Court is not going to rule on December 19, prior to 12:30 p.m., then this Court issue an Order, stating that this Court will not issue an Order on December 19, 2023 prior to 12:30 pm.

Respectfully submitted this 18th day of December 2023,

/s/ MARIO B.WILLIAMS
Mario B. Williams
Va. Bar No. 91955

**HUMANITY DIGNITY AND RIGHTS LLC**
5600 Roswell Road
Building C,  Suite 103
Sandy Springs, Georgia 30342
(404) 341-4434
mwilliams@hdrattorneys.com
admin@hdrattorneys.com
***Counsel for Plaintiffs***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing PLAINTIFFS' REQUEST FOR EXPEDITED RULING has been served upon the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

Respectfully submitted this 18th day of December 2023,

<u>/s/ MARIO B.WILLIAMS</u>
Mario B. Williams
Va. Bar No. 91955

**HUMANITY DIGNITY AND RIGHTS LLC**
5600 Roswell Road
Building C,  Suite 103
Sandy Springs, Georgia 30342
(404) 341-4434
mwilliams@hdrattorneys.com
admin@hdrattorneys.com
*Counsel for Plaintiffs*