CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

1/24/2024
LAURA A. AUSTIN, CLERK
BY:  s/ ARLENE LITTLE
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

|  |  |
|---|---|
| DEBORAH MOGENSEN, *et al.*,<br><br>                                    *Plaintiffs*,<br>                   v.<br><br>MICHELLE WELCH, *in her individual capacity and in her official capacity as the Senior Assistant Attorney General of Virginia and Director of the Animal Unit*,<br><br>                                    *Defendant.* | CASE NO. 6:23-cv-00077<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

Upon the Notice of Dismissal filed by Plaintiffs, Dkt. 15, the case is **DISMISSED**

**without prejudice**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

The Motion to Dismiss, Dkt. 13, is **DENIED as moot**.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this order to all counsel of

record, and to strike this case from the active docket of the court.

Entered this ___24th___ day of January, 2024.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE